# APPEARANCE FORM FOR PRO SE LITIGANTS
# DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: DOROTHY J. AUSTIN
(Please print)

STREET ADDRESS: 8107 S. ESCANABA

CITY/STATE/ZIP: CHICAGO ILL 60617

PHONE NUMBER: 773-437-3222

CASE NUMBER: 07cv6919
JUDGE PALLMEYER
MAG.JUDGE MASON

Dorothy J. Austin
Signature

12-7-7
Date

**FILED**
DEC - 7 2007 ra
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT