UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) Dorothy J. Austin, for Shamir N. Williams Minor

v.

Defendant(s) Gloria A. Goodwin ET. AL

07cv6919
JUDGE PALLMEYER
MAG. JUDGE MASON

## MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, Dorothy J. Austin, declare that I am the (check appropriate box)
   [✓] plaintiff   [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding[NOTE: This item *must* be completed]:

FILED
DEC - 7 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

3. In further support of my motion, I declare that (check appropriate box):
   [✓] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.
   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):
   [✓] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.
   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.
   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

Dorothy J. Austin
Movant's Signature

12-07-07
Date

8107 S. Escanaba
Street Address

Chicago, IL 60617
City, State, ZIP

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

Assigned Judge: _____   Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____   Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____   Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____   Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

## GOLDSTEIN, FISHMAN, BENDER & ROMANOFF
ATTORNEYS AT LAW
ONE NORTH LASALLE STREET - 26TH FLOOR
CHICAGO, ILLINOIS 60602

ALAN H. BENDER
MELVYN L. ROMANOFF
DAVID Z. FEUER
ROBERT A. CANTONE
RICHARD H. VICTOR
TIMOTHY J. WINFIELD
C. ERIC BODD

OF COUNSEL:
BERNARD GOLDSTEIN
SEYMOUR J. FISHMAN
PAUL BERNSTEIN
ROBERT M. COHEN

TELEPHONE  312-346-8558
FAX        312-346-0782
E-MAIL     gfbr@gfbrlaw.com

MARK F. SWARTZ
ARTHUR E. GERMAN
PAUL T. KIEL
JASON P. CARROLL
ROSS B. EDWARDS
BRADLEY J. LOBERG
MORGAN L. TRINKAUS
WHITNEY B. MAYSTER
LUKE C. ANTONSEN
TERRY E. DAVEY

ADMINISTRATION:
KEVIN M. BRYSON

November 5, 2007

VIA CERTIFIED MAIL & U.S. MAIL

Ms. Dorothy Austin
8107 South Escanada
Chicago, IL 60617

Re:   Potential claim of Dorothy Austin mother of Shamir Williams, minor

Dear Ms. Austin:

Pursuant to your recent conversation with our nurse and with me, I regret to inform you that we will be unable to pursue your possible claim for medical malpractice on behalf of your son, Shamir Williams. Without additional medical records and the films from South Shore Hospital, we will not be pursuing your case.

Although, we had asked you to obtain the medical records for the treatment on Shamir, it appears that, according to you, those records & films are unavailable or do not exist.

Please be advised, that if you wish to pursue a medical malpractice claim, normally a lawsuit must be filed within two (2) years from the date of the actual negligence or two (2) years from the time you became aware of the actual negligence, with a maximum of (4) years.

Please feel free to consult with any other attorneys in order to pursue this medical malpractice claim. If you wish to do so within the applicable statute of limitations. We are closing our records and are taking no further action in this matter.

Very Truly Yours,

Goldstein, Fishman, Bender & Romanoff

Paul T. Kiel

PTK:dr
Enclosures

November 5, 2007

On _____, 2007, I, Dorothy Austin, received my contents of file from Goldstein, Fishman, Bender & Romanoff. I understand that Goldstein, Fishman, Bender & Romanoff will no longer be working on my file.

X_____

_____
DATE