# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6919 | **DATE** | 12/12/2007 |
| **CASE TITLE** | Dorothy J. Austin vs. Gloria Goodwin, et al | | |

**DOCKET ENTRY TEXT**

Plaintiff Dorothy J. Austin has submitted a *pro se* complaint together with a motion for appointment of counsel and a petition for leave to proceed without prepayment of fees (*in forma pauperis* application). Having reviewed Plaintiff's financial affidavit, the court concludes that Ms. Austin can not afford to pay the court's filing fee. The application for leave to proceed without repayment of fees (Doc. 4) is therefore granted. Summons will issue, and the U. S. Marshals Service is directed to serve process. The motion for appointment of counsel (Doc. 5) is denied without prejudice. The motion for appointment of counsel (Doc. 5) is denied without prejudice. Status hearing set for 2/12/2008 at 9:00.

■[ For further details see text below.]    Notices mailed by judge's staff.

**STATEMENT**

Plaintiff Dorothy J. Austin has submitted a pro se complaint together with a motion for appointment of counsel and a petition for leave to proceed without prepayment of fees (*in forma pauperis* application). Having reviewed Plaintiff's financial affidavit, the court concludes that Ms. Austin can not afford to pay the court's filing fee. The application for leave to proceed without repayment of fees (Doc. 4) is therefore granted. Summons will issue, and the U. S. Marshals Service is directed to serve process.

Ms. Austin's motion for appointment of counsel is incomplete, as she has provided no explanation of what efforts, if any, she has made to find counsel on her own. Such information is called for in paragraph 2 of the court's form motion before the court will appoint an attorney. The motion for appointment of counsel (Doc. 5) is denied without prejudice. Ms. Austin is encouraged to seek counsel to represent her, either on a contingency or at reduced cost. A list of legal services is attached to this order.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|