**FILED**

**DECEMBER 12, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**RECEIVED**

DEC - 7 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

DOROTHY J. AUSTIN
FOR SHAMIR N. WILLIAMS Plaintiff(s)
MINOR:

Case No.

v.

Gloria Goodwin
OFFICER W. DONALD Defendant(s)
CHICAGO BOARD OF EDUCATION
CITY OF CHICAGO
CHICAGO POLICE DEPARTMENT
OFFICE OF PROFESSIONAL STANDARD

**07cv6919**
**JUDGE PALLMEYER**
**MAG. JUDGE MASON**

**COMPLAINT**

1. MY NAME IS DOROTHY J. AUSTIN Parent OF SHAMIR N. WILLIAMS

2. SHAMIR N. WILLIAMS IS A RESIDENT OF THIS STATE

3. SHAMIR N. WILLIAMS WAS INJURED on 2-22-06 BETWEEN School Hours 7:45-1:45

4. Gloria Goodwin a CHICAGO Public School TEACHER

5. Gloria Goodwin Abuse, neglected, Beat SHAMIR N. WILLIAMS

6. SHAMIR N. WILLIAMS was beat on The Arm with a Bell Causeing Brusis

7. SHAMIR N. WILLIAMS was STRUCK numerous Times with a object a Ruler

8. SHAMIR N. WILLIAMS Subtain A Serious Skull Injury with has EFFECTED Pain and Suffering vision, Hearing motor skills, Emotionally, Constat

9.

10. OFFICER W. DONALD Responded Improperly when he close The CASE on the Scene

11. OFFICER W. DONALD Said The CASE is NON criminal. SHAMIR N. WILLIAMS

12. was H.I.T with objects Ruler Bell

13. CHICAGO Police Department Failed to Investigate OFFICER W. DONALD For Disciplinary Action and Accountability.

14. OFFICE OF Professional STANDARDS never INVESTIGATED FOR Disiplinary Action Accountibility

15. The Board OF EDUCATION NEVER INVESTIGATED MS. Gloria Goodwin For Disiplinary Action And Accountbility

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

DOROTHY J. AUSTIN
FOR SHAMIR N. WILLIAMS **Plaintiff(s)**
    MINOR

Case No.

v.

CLORIA GOODWIN
OFFICER W. DONALD **Defendant(s)**
OFFICE OF PROFESSIONAL STANDARDS
CHICAGO POLICE DEPARTMENT
THE BOARD OF EDUCATION    **COMPLAINT**
CITY OF CHICAGO

16. CITY OF CHICAGO IS LIABLE FOR FAILING TO PROVIDE A SAFE ENVIROMEN

Dorothy J. Austin
for Shamir N. Williams

12-07-07

| OFFENSE/INCIDENT—PRIMARY CLASSIFICATION | UCR OFF. CODE | 2. SECONDARY CLASSIFICATION | 3. R.D. NO. |
|---|---|---|---|
| NON CRIMINAL | 5080 | OTHER N/C PERSON | HM-196-490 |

| STREET | APT. NO. | 5. FIRE RELATED | 9. DATE OF OCCURRENCE – TIME | 7. BEAT OF OCCUR. | 8. BEAT/UNIT |
|---|---|---|---|---|---|
| COMMERCIAL AVE | | ☐1 YES ☒2 NO | DAY 22 MO. FEB YR. 06 1300 TIME 1430 | 422 | 414 |

WHERE OFFENSE OCCURRED (GIVE NAME OF LOCATION IF APPLICABLE)
SCHOOL

| 10. LOCATION CODE | 11. DATE R.O. ARRIVED – TIME | 12. ASSIGNED BY | |
|---|---|---|---|
| 3 1 4 | 23 FEB 06 0910 | ☐2 ON VIEW | ☐3 SUPERV |

All information, descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

| NAME | IDENTITY VERIFIED | (NO., DIR., STREET, APT. NO.) | 22. HOME ADDRESS | 23. SEX–RACE–AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. TIME AVAIL. | 27. OCCUPATION | 28. IN-JURED |
|---|---|---|---|---|---|---|---|---|---|
| FIRST—M.I.) | ☒ | | | | | | | | |
| SHAMIR | | 8107 S. ESCANABA | | M 1 6 | 773-970-1598 | | | ELEM STUDENT | ✓ 2 |
| ROTHY | | 8107 S. ESCANABA | | F 1 35 | 773-970-1598 | | | | |
| ROTHY | | 8107 S. ESCANABA | | F 1 35 | 773-970-1598 | | | | |

RACE CODES
1-BLACK 3-BLACK HISPANIC 5-AMER. IND./ALAS
2-WHITE 4-WHITE HISPANIC 6-ASIAN/PACIFIC IS

| DESCRIBE CLOTHING, ETC.) | 42. HOME ADDRESS | 43. SEX–RACE–AGE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. | MARKS, SCARS, ETC. | 44. C.B.R.A. NO. |
|---|---|---|---|---|---|---|---|---|---|

| 52. FIREARM FEATURES | 53. POINT/ENTRY | 54. POINT/EXIT | 55. BURGLAR ALARM | 56. SAFE BURGLARY METHOD | 57. IF RESIDENCE, WHERE WERE OCCUPANTS |
|---|---|---|---|---|---|
| ☐01 CHROME/NICKEL ☐02 BLUE STEEL ☐03 SHORT BARREL ☐04 LONG BARREL ☐05 SAWED OFF ☐06 OTHER ☐07 UNKNOWN ☒08 DNA | ☐01 FRONT DOOR ☐02 REAR DOOR ☐03 WINDOW ☐04 ROOF ☐05 FLOOR ☐06 SIDE DOOR ☐07 OTHER ☐08 UNKNOWN ☐09 DNA | ☐01 FRONT DOOR ☐02 REAR DOOR ☐03 WINDOW ☐04 ROOF ☐05 FLOOR ☐06 SIDE DOOR ☐07 OTHER ☐08 UNKNOWN ☐09 DNA | ☒ DNA ON PREMISE ☐1 YES ☐2 NO ALARM CIRCUMVENTED ☐1 YES ☐2 NO | ☐01 PUNCH ☐02 TORCH ☐03 EXPLOSIVE ☐04 DRILL ☐05 REMOVED ☐06 PEEL ☐07 OPEN ☐08 UNKNOWN ☒09 DNA | ☐01 WORK ☐02 VISITING ☐03 VACATION ☐04 WEDDING ☐05 FUNERAL/WAKE ☐06 OTHER ☐07 UNKNOWN |

DATA ENTERED
DD AREA TWO

60. GANG RELATED – AFFILIATION
☒ VICTIM NONE
☒ OFFENDER NONE

T = TAKEN; R = RECOVERED

| | T | R | | T | R | | T | R | | T | R | | T | R | | T | R | | T | R |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FURS | | | CLOTHING | | | OFFICE EQUIPMT. | | | TV, RADIO, STEREO | | | HOUSEHOLD GOODS | | | CONSUM. GOODS | | | FIREARMS | | | Narc./Danger. Drugs | | | OTHER |

Information – for explanation or additional information only)

...USION TOP HEAD CONDITION STABLE DR ARAUND

...O ASSIGNED TO BATTERY INVESTIGATION AT SOUTH SHORE FIR. R/O

...TION REVEALED INCONSITENCY IN STORY RELATED BY P/R OF

| 2 SVU | 92. OFFICER NOTIFYING FOLLOWUP INVESTIG. UNIT | UNIT NOTIFIED SVU | PERSON ☒ NOTIFIED ☐ ARRIVED SGT. KILMARTIN | DATE (DAY-MO-YR) – TIME 23 FEB 06 1140 |
|---|---|---|---|---|
| F FIR | 94. OFFICER NOTIFYING ☐1ST DS ☐E.T. ☐M.B. | | PERSON ☐ NOTIFIED ☐ ARRIVED | DATE (DAY-MO-YR) – TIME |
| 16196 | OFFICER'S SIGNATURE | DATE INVEST. COMPLETED–TIME 23 FEB 06 1230 | 97. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. |
| STAR NO. | OFFICER'S SIGNATURE | | APPROVAL SIGNATURE | DATE APPROVED 23 FEB 06 TIME 1350 |

R.D. NO.
HM -196-490

OCATED TO HEROES SCHOOL | P/G STATED DIFFICULTY IN BE
WITH GOODWIN,GLORIA F//64 | ING GRANTED TRANSFER OF CHOICE
D MISS GOODWIN DID NOT | R/O UNABLE TO ASCERTAIN
UDENT FROM CLASS FOR | SOURCE/CAUSE OF CONTUSION AT
IS IN CONFLICT WITH | THIS TIME.
ARY OF STORY LEADING TO | BT 420-440-470 (ON SCENE)
LEGED BY P/G. | S.V.U. SGT KILMARTIN 1140.
REQUESTED/ISSUED TRANS | P/G MADE 3 PREVIOUS COMPLAI
ANCE FOR STUDENT AND | AGAINST STAFF BEING UNFOUNDED P/G
OLLOW THROUGH WITH SAME | BECAME EVASIVE/AGITATED WHEN R/O
IN ON GOING CONFLICT | INQUIRED ABOUT DELAY IN TREATMENT/RP.
FF AT HEROES SCHOOL.

I HAVE REVIEWED THIS REPORT
AND BY MY SIGNATURE INDI-
CATE THAT IT IS ACCEPTABLE.   SUPERVISOR'S SIGNATURE    DATE (DAY-MO   23 FEB

FOR USE BY BUREAU OF INVESTIGATIVE SERVICES ONLY

# CHICAGO POLICE DEPARTMENT
## VICTIM INFORMATION NOTICE

CPD-11.380, Part 3-English-(Rev. 2/98)

| | | |
|---|---|---|
| *RD Number:* **HL736811** | *Occurrence Date:* **15-OCT-2005 09:00** | *Beat of Assign:* **9178** |

*Primary Class.:*   **BATTERY**                    *Secondary Class.:*   **SIMPLE**

*Occurrence Address:*   **8255 S HOUSTON AVE**                     *Occ. Beat:* **0424**

*Type of Location of premise where offense occurred (give name of location if applicable)*

**300          SCHOOL, PUBLIC, GROUNDS**

### IMPORTANT: KEEP THIS NOTICE FOR YOUR PERSONAL RECORDS

CASE NAME – PEOPLE OF THE STATE OF ILLINOIS/CITY OF CHICAGO vs._____
If an arrest has taken place, the following is your court information:
Date:_____ Time:_____ Court branch:_____ Court Loc.:_____
If you need more help call the Victim/Witness Assistance Program of the Cook County State's Attorney's Office at
(773)869 - 7200.

### VICTIM INFORMATION NOTICE/ CHICAGO POLICE DEPARTMENT
*THIS IS NOT AN OFFICIAL POLICE REPORT    IT IS FOR INFORMATION PURPOSES ONLY*

Your case will be on file with the Chicago Police Department under the above listed R.D. Number. Refer to this
number whenever you are communicating with the Chicago Police Department concerning this incident. Your case will
be assigned for follow-up investigation based upon specific facts obtained during the initial investigation. The
presence of these facts can predict whether a comprehensive follow-up investigation would likely result in the
arrest and prosecution of the suspect(s) or the recovery of property. Your case will be reviewed and retained to
determine if criminals active in the area can be identified. *A detective will not routinely contact you unless
additional information is required or your further assistance is needed.*

### TO REPORT ADDITIONAL INFORMATION
If you have knowledge of specific facts which might assist in the investigation of your case, please contact the
unit marked below:

| | FOR PROPERTY CRIMES | | FOR VIOLENT CRIMES | | FOR YOUTH DIVISION |
|---|---|---|---|---|---|
| **AREA 1** | 747-8384 | | 747-8380 | | 747-8385 |
| **AREA 2** | 747-8273 | | 747-8272 | | 747-8276 |
| **AREA 3** | 744-8263 | | 744-8261 | | 744-8266 |
| **AREA 4** | 746-8253 | | 746-8252 | | 746-9250 |
| **AREA 5** | 746-8362 | | 746-8282 | | 746-8363 |
| **BOMB & ARSON**(all Areas) | | 746-7619 | **AUTO THEFT**(all Areas) | 746-5566 | |

### COPY OF THE REPORT
The above listed R.D. Number may suffice for insurance purposes, however, there may be instances when a copy of
the case report is desired. A copy of the case report which verifies that an incident of injury, loss or damage
has been reported to the Chicago Police Department may be obtained after 14 working days from the date the
incident was reported. To obtain a copy of the report, send a check or money order payable to the *"DEPARTMENT OF
FINANCE - CITY OF CHICAGO"* in the amount of $.50 and a self-addressed stamped return envelope to:

> Chicago Police Department
> Records Inquiry Section, Room 1027
> 3510 South Michigan Ave.
> Chicago, IL 60653

Include the following information with your request: 1) Victim's name and address (or person reporting crime),
2)Type of incident, 3)Address of occurrence, 4)R.D. Number.

### MAKE THE RIGHT CALL
To report a crime in progress or other emergency that requires immediate police response, call **9-1-1**.
To report non-emergency situations, call the Police Department at **3-1-1**.
### CHICAGO ALTERNATIVE POLICING STRATEGY(CAPS)
### SAFE NEIGHBORHOODS ARE EVERYBODY'S BUSINESS
The police alone cannot solve the problems of crime in our City. It takes an active and informed community working
with the police and other City agencies to really make a difference. Join your neighbors and your neighborhood
police officers as we work together to reduce crime and improve the quality of life in our City. Become part of
the CAPS team in your community. To find out how, call:
**CAPS HOTLINE**    744-CAPS(744-2277)
More information about CAPS is availble on the **World Wide Web** at http://www.ci.chi.il.us

You live on Beat_____. You next Beat: Community Meeting will be held(date and time)
_____at (location)_____

### TELECOMMUNICATIONS DEVICE FOR THE DEAF/TELETYPE (TDD/TTY)
Hearing-impaired persons who possess such equipment may communicate with the Chicago Police Department 24 hours a
day by calling **746-9715**. Hearing-impaired persons in need of assistance during normal business hours may also
contact their local police district or the Preventive Programs and Neighborhood Relations Division at **745-5806**.



| Richard M. Daley | Department of Police • City of Chicago | Dana V. Starks |
|---|---|---|
| Mayor | 3510 S. Michigan Avenue • Chicago, Illinois 60653 | Interim Superintendent of Police |

November 15, 2007

Ms. Dorothy Austin
8107 S. Esanaba
Chicago, IL 60617

Dear Ms. Austin:

Please be advised that your complaint has been reopened and will be investigated under Complaint Register Number 312256. An Investigator will be assigned to your case and will contact you.

Sincerely,

Debra Kirby
Assistant Deputy Superintendent
Internal Affairs Division

DK/mdr

Emergency and TTY: 9-1-1 • Non Emergency and TTY: (within City limits) 3-1-1 • Non-Emergency and TTY: (outside City limits) (312) 746-6000

E-mail: police@cityofchicago.org • Website: www.cityofchicago.org/police



**OFFICE OF PROFESSIONAL STANDARDS**

10 West 35th Street, Suite 1200
Chicago, IL 60616
(312) 745-3609
**Tisa Morris,** Chief Administrator

12 April 2006

Ms. Dorothy Austin
8107 S. Escanaba
Chicago, IL 60617



Dear Ms. Austin:

Your complaint registered with the Office of Professional Standards (OPS) on 11 Apr 06 has been forwarded to the Internal Affairs Division (IAD) for investigation. The Complaint Register Number is 312256.

The OPS registers all complaints against Department members. The OPS is only authorized to investigate complaints alleging excessive force, shootings where an officer discharges his/her weapon and strikes someone, deaths in custody, and domestic violence involving Department members. All other complaints are investigated by the IAD. Your complaint will be investigated IAD. OPS will not have any information regarding the status of their investigation.

If you have not been contacted within ten days. you may contact IAD for information at 312-745-6349 between the hours of 9:00 a.m. and 5:00 p.m. Please have the CR number available before contacting IAD, this will enable them to access your information.

Sincerely,

Tisa Morris
Chief Administrator
Office of Professional Standards

TM/llb





**Department of Police * City of Chicago**
3510 South Michigan Avenue * Chicago, Illinois 60653



Date ___4/13/06___

Re: C. R. No. ___312256___

**Dear** Ms. Dorothy AUSTIN

A complaint against a Department member, registered under the above Complaint Register (C.R.) Number, is currently under investigation by the Chicago Police Department

A vital step in the investigation is an interview with the person who registered the complaint as well as witnesses. This step is essential in order to conduct a complete and thorough investigation.

Please contact me as soon as possible so that I can make arrangements to meet with you regarding the incident under investigation. The following information is provided so that you can contact me without unnecessary inconvenience:

**Name:** Police Agent Derrick D. ALLEN, #18366

**Address:** 3510 S. Michigan Ave., Chicago, il. 60653

**Telephone:** 312-745-6310

**Hours Available:** ~~0800 - 4 pm~~   0700 - 2:45 pm

Sincerely,

Police Agent Derrick D. ALLEN, #18366

CPD-44.223 (Rev. 1/04)



West 35th Street, Suite 200
Chicago, IL. 60616
(312) 745-3609
Tisa Morris, Chief Administrator

17 April 2006

Ms. Dorothy Austin
8107 S. Escanaba
Chicago, IL 60617

Dear Ms. Austin:

The Office of Professional Standards (OPS) received your information on 10 Apr 06. Based on the information provided, no Complaint Register number was initiated. All of your information was documented and forwarded to the Internal Affairs Division (IAD) for their review. IAD will review the forwarded information and if warranted, will conduct a follow up.

The OPS registers all complaints against Department members. However, OPS is only authorized to investigate complaints of excessive force, shootings where an officer discharges his/her weapon and strikes someone, deaths in custody and domestic violence involving Department members. All other complaints are investigated by the IAD.

Should you have additional information that would support the initiation of a Complaint Register number, contact IAD at 312-745-6349 between the hours of 9:00 a.m. and 5:00 p.m. Monday through Friday. Please wait at least *five days* after the receipt of this notice before contacting IAD with any additional information.

Sincerely,

Tisa Morris
Chief Administrator
Office of Professional Standards

TM/llb



OFFICE OF PROFESSIONAL STANDARDS



11 West 6th Street, Suite 1200
Chicago, IL. 60616
(312) 745-3609
Tisa Morris, Chief Administrator

1 September 2006

Ms. Dorothy Olson
8107 S. Escanaba
Chicago, IL 60617

Dear Ms. Olson:

The Office of Professional Standards (OPS) received your information on 31 Aug 06. Based on the information provided, no Complaint Register number was initiated. All of your information was documented and forwarded to the Internal Affairs Division (IAD) for their review. IAD will review the forwarded information and if warranted, will conduct a follow up.

The OPS registers all complaints against Department members. However, OPS is only authorized to investigate complaints of excessive force, shootings where an officer discharges his/her weapon and strikes someone, deaths in custody and domestic violence involving Department members. All other complaints are investigated by the IAD.

Should you have additional information that would support the initiation of a Complaint Register number, contact IAD at 312-745-6349 between the hours of 9:00 a.m. and 5:00 p.m. Monday through Friday. Please wait at least *five days* after the receipt of this notice before contacting IAD with any additional information.

Sincerely,

Tisa Morris
Chief Administrator
Office of Professional Standards

TM/dmb



**OFFICE OF PROFESSIONAL STANDARDS**



10 W. 35th St., Suite 1200
Chicago, IL 60616
(312)745-3609

**Michael J. Duffy,** Acting Chief Administrator

25 July 2007

Dorothy Austin                    **RE:    CR# 312256**
8107 S. Escanaba
Chicago, Illinois  60617

Dear Ms. Austin:

Investigator Querfurth informed me of the phone conversation you had with him on 25 July 2007, regarding the status of the investigation into the complaint you filed.

Because of the nature of your complaint, it was forwarded to the Internal Affairs Division for investigation. All your questions regarding your complaint need to be directed to the Internal Affairs Division at 312-745-6349.

If the Office of Professional Standards can be of anymore assistance to you, please contact me at 312-745-3609.

Sincerely,

Michael J. Duffy
Acting Chief Administrator
Office of Professional Standards

MJD/ra

JESSE L. JACKSON, JR.
2ND DISTRICT, ILLINOIS

**Congress of the United States**
**House of Representatives**
**Washington, DC 20515—1302**

March 30, 2007

COMMITTEE ON APPROPRIATIONS

SUBCOMMITTEES:

LABOR-HEALTH AND
HUMAN SERVICES-EDUCATION

FOREIGN OPERATIONS, EXPORT FINANCING
AND RELATED PROGRAMS

Mr. Arne Duncan                    **VIA TELEFAX: (773) 553-1501**
Chief Executive Officer
Chicago Public Schools
125 South Clark Street, 5th Floor
Chicago, Illinois 60603                  

Dear Mr. Duncan:

I write on behalf of my constituent, Mr. Shamir Williams, of
8107 South Escanaba Avenue, Chicago, Illinois, 60617.  His
mother, Ms. Dorothy Austin, contacted my office on his behalf.
She can be reached at (773) 937-3222.

Ms. Austin maintains that her son was beaten by a teacher in
February of 2006.  She alleges that the school and the police
department have done nothing to address the issue.  She stated
that her child has not attended school since that time.  I
kindly ask that you investigate this matter.  Please detail how
Shamir may attend a safe school and if the teacher and officers
involved deserve disciplinary action.

Please see accompanying information enclosed.  I respectfully
ask that you provide full and fair consideration to Ms. Austin's
request consistent with applicable law and regulations.  In
addition, please respond to my Special Assistant, Mr. Jeffery
Mingo, at 17926 South Halsted Street, Homewood, Illinois, 60430.

I thank you in advance for your attention to this matter.  I
look forward to receiving your reply.

Sincerely,

Jesse L. Jackson, Jr.
Member of Congress

JLJJr.:JM:jm

Enclosure

cc:  Superintendent Philip Cline, Chicago Police Department

2419 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515-1302
(202) 225-0773

2120 EAST 71ST STREET
CHICAGO, IL 60649
(773) 241-6500

17926 SOUTH HALSTED
HOMEWOOD, IL 60430
(708) 798-6000

THIS MAILING WAS PREPARED, PUBLISHED, AND MAILED AT TAXPAYER EXPENSE

COMMITTEE ON APPROPRIATIONS

JESSE L. JACKSON, JR.
2ND DISTRICT, ILLINOIS

**Congress of the United States**
**House of Representatives**
**Washington, DC 20515—1302**

SUBCOMMITTEES:

LABOR-HEALTH AND
HUMAN SERVICES EDUCATION

FOREIGN OPERATIONS, EXPORT FINANCING
AND RELATED PROGRAMS

April 9, 2007

Ms. Dorothy Austin
8107 South Escanaba Avenue
Chicago, Illinois 60617

Dear Ms. Austin:

My office has received responses from the Chicago Police
Department and the Board of Education of the City of Chicago
regarding our inquiry on your behalf.  Copies of the responses
have been enclosed for your review.

I sincerely hope that this is helpful in addressing your
concerns.  Please do not hesitate to contact me or my office
if I may be of further assistance.

Sincerely,

Jesse L. Jackson, Jr.
Member of Congress

JLJJr.:JM:jm

Enclosure

2419 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515-1302
(202) 225 0773

2120 EAST 71ST STREET
CHICAGO, IL 60649
(773) 241-6500

THIS MAILING WAS PREPARED, PUBLISHED, AND MAILED AT TAXPAYER EXPENSE



**Board of Education of the City of Chicago**
**Law Department**

Patrick J. Rocks
General Counsel

CONFIDENTIAL

125 South Clark Street
Suite 700
Chicago, Illinois 60603
Telephone 773/553-1700
FAX 773/553-1702

April 6, 2007

The Honorable Jesse L. Jackson, Jr.
United States House of Representatives
2419 Rayburn House Office Building
Washington, D.C.  20515–1302

  Re: Shamir Williams and Dorothy Austin

Dear Representative Jackson:

Arne Duncan asked me to look into the concerns expressed in your letter of March 30, 2007, and the claims asserted in Ms. Austin's undated letter, which you enclosed.

Ms. Austin claims in her letter that a teacher's aide hit her son, Shamir, on the head with a wooden ruler and beat his arm with a belt on February 21, 2006. She alleges that when she took him to the hospital for care, she told a police officer who asked about his injuries that he had been injured at school on two prior occasions as well, on September 15, 2005 (face allegedly slapped by Ms. George) and October 21, 2005 (allegedly poked in the eye by Ms. Jenkins). Her letter gives the year for these two incidents as 2006, but contextually, it appears she is referring to 2005.

The Law Department was notified of Ms. Austin's allegations in April 2006, and conducted an investigation. Our investigator found no credible evidence to support her claim that staff at Ninos Heroes Academy or its branch, South Chicago School, slapped, poked, struck or "beat" her son Shamir on any occasion. Many of Ms. Austin's claims conflict with known and provable facts. No school employee has corroborated any part of her assertions. And Ms. Austin has refused to cooperate with our attempts to investigate her claims.

In addition, Ms. Austin's claim that neither school staff nor the Chicago Police Department took any action when she reported her son's alleged injuries is not accurate. School personnel looked into each of her claims. And for those few times when the police were called, they also investigated her claims and filed reports. They, too, found no credible evidence to support her claims.

Unfortunately, Ms. Austin's assertion that she has prevented her son from attending school since February 2006 appears to be true — and the Board has initiated steps to remedy this long-term truancy.

The Board of Education remains committed to providing a safe learning environment for all public school students in Chicago. We believe the Board has provided — and continues to provide — a safe learning environment for Shamir Williams. Anything your staff can do to encourage his mother to take advantage of that opportunity is greatly appreciated.

If you have any further questions, please contact William Morgan at 773-553-1654.


Very truly yours,


Patrick J. Rocks
General Counsel


cc:    Arne Duncan
       William Morgan
       Jeffery Mingo



**Richard M. Daley**
Mayor

**Department of Police • City of Chicago**
3510 S. Michigan Avenue • Chicago, Illinois 60653

**Philip J. Cline**
Superintendent of Police

April 2, 2007

Jesse L. Jackson, Jr.
Congressman
17926 South Halsted
Homewood, IL 60430

Superintendent's Memo #07-    582

Dear  Congressman Jackson

Your inquiry regarding the subject matter listed below has been received in my office.
Your concern has been made a priority and will be investigated by the appropriate
member of my Command Staff. I can assure you this matter will be handled as
expeditiously as possible. Thank you for bringing this to my attention.

    Complaint by Ms. Dorothy Austin

Should you have any additional information or requests regarding this matter please
contact my Chief of Staff, Mike Boyce, directly at 312 745-6158.

Regards,

Philip J. Cline
Superintendent of Police

Cc:  Chief of Staff Mike Boyce
      Commander Frank Gross

**SOUTH SHORE HOSPITAL**   8012 S. Crandon Ave.
Chicago, IL 60617
(773) 356-533

359598  DR: ANAND, CHANDRA S
WILLIAMS, SHAMIR
D/B 11/26/1999  02/23/06
 BCY S B  BA     ER ER
773 721 1017    15715188

## EMERGENCY DEPARTMENT
## AFTER CARE INSTRUCTIONS

PROVISIONAL DIAGNOSIS:

Contusion to Head

Follow Up in_____Days at:

☐ Please call for appointment
**Additional Instructions:**

Follow up with child's

doctor in 2 + 3 days

Follow instructions

provided (if to hand injury)

_____
SIGNATURE OF PATIENT OR RESPONSIBLE PERSON

_____
SIGNATURE OF WITNESS

---

Please follow the instructions below as indicated for you:

☐ Abdominal Complaint     ☐ Head Injury-Adult/Child
☐ Animal Bite             ☐ High Blood Pressure
☐ Asthma                  ☐ Neck Strain/Sprain
☐ Back Pain               ☐ Nosebleed
☐ Burn Care               ☐ Otitis Media (Earache)
☐ Cast Care               ☐ Pelvic Inflammatory Disease
☐ Chest Pain              ☐ Seizure
☐ Cold Adult-Child        ☐ Strain, Sprain, Fracture
☐ Crutch Walking/Crutches ☐ Threatened Miscarriage
☐ Eye Injury              ☐ Urinary Tract Infection
☐ Fever-Child             ☐ Venereal Disease
☐ Febrile Convulsion      ☐ Vomiting/Diarrhea-Adult/Child
☐ Headache                ☐ Wound care/Suture after care
                          ☐ Other

You were sutured. You have_____sutures/staples
which must be removed in_____days.

☐ You were prescribed sedatives or pain medications that
may make you drowsy. Do not drink alcohol or operate
machinery while you are taking these medications.

X-rays do not always show injury or disease. Fractures (breaks in the
bones) are not always revealed on the initial x-rays, but may be revealed on
subsequent x-rays. Your x-ray has been read on a preliminary basis.
The x-ray(s) will be made by the radiologist in 24 hours. You will be
notified of any be...

The examination and treatment you have received in the Emergency
Department has been given on an emergency basis only. (Should your
condition worsen or any new symptoms develop, or should you not
recover as expected, contact your Doctor or the Doctor you were given
@ follow-up care). If you cannot contact the doctor, return to the Hospital
Emergency Department.

_____                    2 23/06
SIGNATURE OF PHYSICIAN                          DATE

THE UNIVERSITY OF CHICAGO CHILDREN'S HOSPITAL

**PEDIATRIC EMERGENCY DEPARTMENT**

**AFTER-CARE INSTRUCTIONS**

① Head Injury  727 E 111 st
                              State

```
                                    09453988     02/26/06
WILLIAMS, SHAMIR  N.
MEDHIST ID  02704619   WYER
ATT DR   6139      HOSTETLER, M
EXAMDR   3589      IYER, RAJARA
PLAN     IDPA PEDIATRICS
```

**DIAGNOSIS:** _____     Please Help us

Course of treatment (results of physical examination, diagnostic studies, assessment, treatment provided, etc.)

_____
_____
_____
_____

**PLEASE FOLLOW INSTRUCTIONS BELOW**

- Tylenol no motrin as needed for pain
- Return to the ER if severe headache, & unstable gait,
  profound vomiting, weakness, numbness or any _____,
- You will be followed by DCFS' within 24 hrs

Additional Printed Instructions: _____

RETURN FOR: _____

The following medications were prescribed for you. Take them as instructed.

| Medication | Dose | Frequency | Route | Reason |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

(YOU MAY CONTINUE HOME MEDICATIONS AS PRESCRIBED BY YOUR FAMILY PHYSICIAN UNLESS DIRECTED OTHERWISE.)

**IF YOUR CONDITION WORSENS OR DOES NOT IMPROVE AND YOUR DOCTOR CANNOT BE REACHED, YOU SHOULD RETURN TO THE EMERGENCY ROOM.**

**FOLLOW-UP REFERRAL  *Take this sheet to your doctor at the follow-up appointment.**

☐ Friend Family Health Center 773-702-0660. Follow-up visit in _____ days / weeks.

☐ Call Sub Specialty Clinic _____ at _____ for follow-up in _____ days.

☒ You have identified your doctor as ___Halsted clinic___ Please follow up with this doctor in _7-14_ days / weeks.

☐ RETURN TO ER ON _____ FOR _____

I understand that the emergency care which I have received is not intended to be complete diagnosis or complete medical ____. I have been instructed to contact a physician for continuing medical care and I will do so. I understand and have received ____ of these instructions. X-rays taken have had a preliminary reading and will be subject to final review by a radiologist.

SIGNATURE OF PATIENT / RESPONSIBLE PERSON: X _____

RELATIONSHIP TO PATIENT: ☐ PARENT   ☒ GUARDIAN   ☐ SELF   ☐ OTHER _____

CONDITION UPON DISCHARGE: ☒ GOOD  ☐ FAIR  ☐ STABLE  ☐ IMPROVED

INSTRUCTIONS WRITTEN BY: ___Julie___

DISCHARGED BY: _____     DATE: 2/26

Form 76.09 R07/05

THE UNIVERSITY OF CHICAGO CHILDREN'S HOSPITAL

**PEDIATRIC EMERGENCY DEPARTMENT**

**AFTER-CARE INSTRUCTIONS**

```
MHID 02949344      COER
AUSTIN, SHAMIR
DOB: 11/26/99      SEX: M
PTID 811328913     05/10/07
```

**DIAGNOSIS:** Headache

**Course of treatment** (results of physical examination, diagnostic studies, assessment, treatment provided, etc.)

Exam

**PLEASE FOLLOW INSTRUCTIONS BELOW**

Return for any problems

Additional Printed Instructions: _____

☐ RETURN FOR: _____

☐ The following medications were prescribed for you. Take them as instructed.

| Medication | Dose | Frequency | Route | Reason |
|---|---|---|---|---|

(YOU MAY CONTINUE HOME MEDICATIONS AS PRESCRIBED BY YOUR FAMILY PHYSICIAN UNLESS DIRECTED OTHERWISE.)

**IF YOUR CONDITION WORSENS OR DOES NOT IMPROVE AND YOUR DOCTOR CANNOT BE REACHED, YOU SHOULD RETURN TO THE EMERGENCY ROOM.**

**FOLLOW-UP REFERRAL  *Take this sheet to your doctor at the follow-up appointment.**

☐ Friend Family Health Center 773-702-0660. Follow-up visit in _____ days / weeks.

☒ Call Sub Specialty Clinic _Pediatric Neurology_ at _773-702-6169_ for follow-up in _1-2_ weeks ~~days~~.

☐ You have identified your doctor as _____ Please follow up with this doctor in _____ days / weeks.

☐ RETURN TO ER ON _____ FOR _____

I understand that the emergency care which I have received is not intended to be complete diagnosis or complete medical care. I have been instructed to contact a physician for continuing medical care, and I will do so. I understand and have received a copy of these instructions. X-rays taken have had a preliminary reading and will be subject to final review by a radiologist.

SIGNATURE OF PATIENT / RESPONSIBLE PERSON: X _____

RELATIONSHIP TO PATIENT: ☐ PARENT   ☐ GUARDIAN   ☐ SELF   ☐ OTHER _____

CONDITION UPON DISCHARGE: ☒ GOOD  ☐ FAIR  ☐ STABLE  ☐ IMPROVED

INSTRUCTIONS WRITTEN BY: _____

DISCHARGED BY: _____ DATE: 5/10/07 TIME: 1632

**PATIENT COPY**



**access** community
health
network  *Caring. Committed. Connected.*

# REFERRAL
## AUTHORIZATION FORM

| TODAY'S DATE | PATIENT NAME / UNIT RECORD # | DATE OF BIRTH |
|---|---|---|
| 6/7/06 | William Shamb | 11-26-99 |

| PATIENT MOST CURRENT/RECENT ADDRESS | PATIENT'S MOST RECENT PHONE NUMBER |
|---|---|
| 8/07 S. ESCANABA CH 2 606A | |

| PRIMARY CARE PHYSICIAN (Name and Signature) | MEMBER ID NO. | GROUP NO. | EFFECTIVE DATE |
|---|---|---|---|
| V.D. Nair | 143197374 | | |

| TELEPHONE | FAX | INSURANCE TYPE | COPAY AMOUNT |
|---|---|---|---|
| 773 624-4800 | 773-624-5028 | MEDICAID | |

| HEALTH CENTER | PRIMARY SUBSCRIBER'S NAME |
|---|---|
| **Booker Family Health Center** 654 East 47th Street Chicago, Illinois 60653-4220 | AUSTIN DOROTHY |

## PHYSICIAN/PROVIDER REFERRED TO

| NAME/FACILITY | SPECIALITY | TELEPHONE NO |
|---|---|---|
| MSH | Radiologist | |

### LIMITS OF REFERRAL (REQUIRED)      Date 7/20/06

☐ Emergency Room Services:        By 12'02
   Prior PCP Approval: ☐ Yes    ☐ No

☐ 1 Office Visit (or Consultation Only)

☐ 2 Office Visits

### SPECIFIC SERVICE REQUESTED

☐ Diagnostic Study (e.g. lab, x-ray, etc). Please specify:

   MRI: brain

Additional copy of results to Dr._____

☐ Treatment with the following procedure(s):

   _____

.d Admit Date_____   Sched Procedure Date_____
Estim D/C Date._____   ☐ Inpatient   ☐ Outpatient

☐ Global OB Care                    LMP_____
   Est Delivery Date _____   First Visit_____
   ☐ Vaginal   ☐ C-Section   Reason_____

☐ Non-Physician Services
*Please specify no. visits, DME, etc.*

### REASON FOR REFERRAL (REQUIRED)

| DIAGNOSIS | DX/TX INITIAL DATE | ICD-9 CODE |
|---|---|---|
| injury skull / headache | | |

CLINICAL SUMMARY/REMARKS:

Headache constant / Behavior disorder
P/s injury skull. MRI P/o
SOP.

---

If an HMO patient, the following services **always** require prior authorization with Access Community Health Network:

- Inpatient admissions/surgery
- Outpatient surgery/procedures
- 24 hour OBV admissions
- Outpatient services with charges over $200
- Global OB care – first trimester
- Non-physician services (e.g. speech therapy, OT, PT, covered dental, chiropractic, etc.)
- Infertility assessment/treatment
- Skilled nursing facility care
- Home health care services
- Durable medical equipment (DME)
- Out-of-plan (non-ACCESS) referrals
- MRI's
- Chemotherapy/radiation therapy

### COB & THIRD PARTY LIABILITY

☐ Auto Accident   ☐ Medicare   ☐ Work Related   ☐ Other

INSURED'S NAME _____

INSURANCE CARRIER _____

### FOR ACCESS OFFICE STAFF USE ONLY

| DATE APPROVED | AUTHORIZATION NO. | APPROVED BY |
|---|---|---|
| | | |

REVIEWED BY MEDICAL DIRECTOR                         DATE

NOTIFICATION OF DISPOSITION BY                         DATE

REQUEST: ☐ APPROVED   ☐ DENIED   ☐ (____ LETTER)

COMMENTS:

**ACCESS** COMMUNITY
**HEALTH**
**NETWORK** *Caring. Committed. Connected.*

# REFERRAL
# AUTHORIZATION FORM

| TODAY'S DATE | PATIENT NAME / UNIT RECORD # | DATE OF BIRTH |
|---|---|---|
| *2/13/0* | *William Sha. md .* | *1/26/99* |

| PATIENT MOST CURRENT/RECENT ADDRESS | PATIENT'S MOST RECENT PHONE NUMBER |
|---|---|
| | |

| PRIMARY CARE PHYSICIAN (Name and Signature) | MEMBER ID NO. | GROUP NO. | EFFECTIVE DATE |
|---|---|---|---|
| *V. A Nml* | *143197374* | | |

| TELEPHONE | FAX | INSURANCE TYPE | COPAY AMOUNT |
|---|---|---|---|
| 773-624-4800 | 773-624-5028 | *MEDICAID* | |

| HEALTH CENTER | PRIMARY SUBSCRIBER'S NAME |
|---|---|
| **Booker Family Health Center** 654 East 47th Street Chicago, Illinois 60653-4220 | |

## PHYSICIAN/PROVIDER REFERRED TO

| NAME/FACILITY | SPECIALITY | TELEPHONE NO. |
|---|---|---|
| *Dr Benegal (Psychiatrist) . B a o h o 6th Hediatry* | | *773-277-6* |

## LIMITS OF REFERRAL (REQUIRED)

☐ Emergency Room Services:
  Prior PCP Approval: ☐ Yes   ☐ No

Date *8-14-06*
By *5:00*

☐ 1 Office Visit (or Consultation Only)
☐ 2 Office Visits

## SPECIFIC SERVICE REQUESTED

☐ Diagnostic Study (e.g. lab, x-ray, etc). Please specify:

Additional copy of results to Dr._____

☐ Treatment with the following procedure(s):

Sched Admit Date._____ Sched Procedure Date _____
Estim D/C Date._____  ☐ Inpatient  ☐ Outpatient

☐ Global OB Care
  Est Delivery Date _____ First Visit_____  LMP_____
  ☐ Vaginal   ☐ C-Section   Reason_____

☐ Non-Physician Services
*Please specify no. visits, DME, etc.*

## REASON FOR REFERRAL (REQUIRED)

DIAGNOSIS           DX/TX INITIAL DATE           ICD-9 CODE
*? ODHD*

CLINICAL SUMMARY/REMARKS:
*bycerd with? 0 DHD sfeed
for produ cation evalit. Pland*

**If an HMO patient, the following services always require prior authorization with Access Community Health Network:**

- Inpatient admissions/surgery
- Outpatient surgery/procedures
- 24 hour OBV admissions
- Outpatient services with charges over $200
- Global OB care – first trimester
- Non-physician services (e.g. speech therapy, OT, PT, covered dental, chiropractic, etc.)
- Infertility assessment/treatment
- Skilled nursing facility care
- Home health care services
- Durable medical equipment (DME)
- Out-of-plan (non-ACCESS) referrals
- MRI's
- Chemotherapy/radiation therapy

## COB & THIRD PARTY LIABILITY

☐ Auto Accident   ☐ Medicare   ☐ Work Related   ☐ Other

INSURED'S NAME _____
INSURANCE CARRIER _____

## FOR ACCESS OFFICE STAFF USE ONLY

| DATE APPROVED | AUTHORIZATION NO. | APPROVED BY |
|---|---|---|
| | | |

| REVIEWED BY MEDICAL DIRECTOR | DATE |
|---|---|
| | |

| NOTIFICATION OF DISPOSITION BY | DATE |
|---|---|
| | |

REQUEST: ☐ APPROVED  ☐ DENIED  ☐ (____ LETTER)
COMMENTS:



**access COMMUNITY HEALTH NETWORK** Caring. Committed. Connected.

# REFERRAL
## AUTHORIZATION FORM

| TODAY'S DATE | PATIENT NAME / UNIT RECORD # | DATE OF BIRTH |
|---|---|---|
| 8/7/07 | Shamir Williams | 11/26/99 |

| PATIENT MOST CURRENT/RECENT ADDRESS | PATIENT'S MOST RECENT PHONE NUMBER |
|---|---|
| 8107 S. Escanba  60617 | 773-437-3222 |

| PRIMARY CARE PHYSICIAN (Name and Signature) | MEMBER ID NO. | GROUP NO. | EFFECTIVE DATE |
|---|---|---|---|
| V. D. Nnd | | | |

| TELEPHONE 773-624-4800 | FAX 773-624-5028 | INSURANCE TYPE IDPA | COPAY AMOUNT |
|---|---|---|---|

| HEALTH CENTER **BOOKER FAMILY HEALTH CENTER** 654 E. 47th Street Chicago, IL 60653-4220 | PRIMARY SUBSCRIBER'S NAME |
|---|---|

## PHYSICIAN/PROVIDER REFERRED TO

NAME/FACILITY MSH        SPECIALITY ENT (Audiology)        TELEPHONE NO.

## LIMITS OF REFERRAL (REQUIRED)

☐ Emergency Room Services:     Date 9-10-07
   Prior PCP Approval: ☐ Yes  ☐ No     By 1pm
☐ 1 Office Visit (or Consultation Only)
☐ 2 Office Visits

### SPECIFIC SERVICE REQUESTED
☑ Diagnostic Study (e.g. lab, x-ray, etc). Please specify:

Hearing evaluat

Additional copy of results to Dr._____

☐ Treatment with the following procedure(s):

Sched Admit Date_____  Sched Procedure Date _____
Estim D/C Date _____  ☐ Inpatient  ☐ Outpatient

☐ Global OB Care                LMP_____
   Est Delivery Date _____  First Visit _____
   ☐ Vaginal  ☐ C-Section  Reason _____

☐ Non-Physician Services.
Please specify no. visits, DME, etc.

## REASON FOR REFERRAL (REQUIRED)
DIAGNOSIS    DX/TX INITIAL DATE    ICD-9 CODE
Hearing disorder.

LINICAL SUMMARY/REMARKS:
3 year old B/M
history of lead injury in 2006
referred for hearing evaluat

---

If an HMO patient, the following services **always** require prior authorization with Access Community Health Network:
- Inpatient admissions/surgery
- Outpatient surgery/procedures
- 24 hour OBV admissions
- Outpatient services with charges over $200
- Global OB care - first trimester
- Non-physician services (e.g. speech therapy, OT, PT, covered dental, chiropractic, etc.)
- Infertility assessment/treatment
- Skilled nursing facility care
- Home health care services
- Durable medical equipment (DME)
- Out-of-plan (non-ACCESS) referrals
- MRI's
- Chemotherapy/radiation therapy

## COB & THIRD PARTY LIABILITY
☐ Auto Accident  ☐ Medicare  ☐ Work Related  ☐ Other
INSURED'S NAME _____
INSURANCE CARRIER _____

## FOR ACCESS OFFICE STAFF USE ONLY
DATE APPROVED        AUTHORIZATION NO.        APPROVED BY

REVIEWED BY MEDICAL DIRECTOR                DATE

NOTIFICATION OF DISPOSITION BY                DATE

REQUEST: ☐ APPROVED  ☐ DENIED  ☐ (____ LETTER)
COMMENTS:

The University of Chicago
**Pediatric Neurophysiology Laboratory**
Phone: (773) 834-8064
Fax:   (773) 702-4786

Center for Advanced Medicine
Pediatric Specialty Center, 3E
5758 S. Maryland Avenue
Chicago, IL 60637-1470

Date Submitted __9/12/07__

Preferred Exam Date __9/12/07__

| | |
|---|---|
| Name | WILLIAMS, SHAMIR N DOB: 11/26/1999 SEX: M ATT: 6024-SILVER, KENNET EXM: 81705-ELKAY, MURUVET |
| MR# | |
| DOB: | MHID: 2704619 MEDICAID PTID: 294169412 |
| BHIS# | |

PNEU
09/12/07

| Resident & Page No. | Attending Physician |
|---|---|
| ellay 3052 | Kehman |

Form Filled Out By: ellay

Inpatient _____    Room# _____

(Outpatient)    Home Phone: _____

| Age: | Sex: | PATIENT STATE: | DIAGNOSIS: *(Cannot perform Study without Diagnosis)* |
|---|---|---|---|
| 7yr | M | __ Awake    __ Obtunded<br>__ Intubated    __ Sedated<br><br>__ Other | __ Seizure<br>__ Loss of Consciousness<br>__ Involuntary Movement<br>__ Other    H A , dizziness |
| | | | __ Brain Injury Unspecified<br>__ Mental Status Changes<br>__ Encephalopathy |

**Examination Requested:**

**EEGs**
__ Routine (incl. Anterior temp leads)
__ Portable
__ Sleep Deprived
__ Corticography
__ O.R. EEG Monitoring
__ LTM
__ WADA Activation
__ Electrical Cerebral Silence
__ Other_____

**EVOKED POTENTIALS:**
__ ERG
__ Visual
__ Auditory
__ Auditory Threshold
__ Median Nerve Somatosensory
__ Tibial Nerve SEPs
__ Dermatomal Sensory Eps
__ Cognitive (P300 and MMN)
__ O.R. EP Monitoring
__ Other_____

**EMGs**
__ Routine EMG & NCV
__ Single Fiber
__ Nerve Conduction Velocity Only
__ Autonomic Testing
__ Other_____

**SLEEP INVESTIGATIONS**
__ NAP Study
__ Multiple Sleep Latency
(Polysomnogram)
__ Extended EEG Montage
__ Split Night Study w/CPAP
__ Other_____

**QUESTION ASKED**    HA, dizziness after head trauma    **HANDEDNESS** R ___
R/O seizure

**PERTINENT HISTORY & NEUROLOGICAL FINDINGS** (PLEASE DESCRIBE CONVULSIONS, IF PRESENT, AND MENTAL STATUS IF ABNORMAL)

Gestational Age _____    Seizure Onset _____
Event Dscription _____
Pertinent Exam _____
Key History _____
Other Comments _____

**MEDICATIONS**    Risperdal
Adderall

| Is This A Repeat Examination?    Date: | Findings of Previous Examination: Unremarkable |
|---|---|
| __ Here    __ Elsewhere    __ No | Age At Onset of Seizures: | Frequency: |
| | HA, dizziness ↓ cognitive fxn | daily |
| Sedation    __ May require sedation<br>    (Attach or fax sedation order)<br>    (May not Sedate) | Physician's Name(please print) Muruvet ellay<br><br>Physician's Signature _____ |

Revised 6/17/2004

| Student's Name Last Williams First Shamir Middle | Birth Date 11/26/99 Month/Day/Year | Sex M | School | Grade Level/ ID # |
|---|---|---|---|---|

## HEALTH HISTORY    TO BE COMPLETED AND SIGNED BY PARENT/GUARDIAN AND VERIFIED BY HEALTH CARE PROVIDER

**ALLERGIES (Food, Drug, Insect, etc.)**

| | | | Indicate Severity |
|---|---|---|---|
| Diagnosis of asthma? | Yes | (No) | |
| Child wakes during the night coughing | Yes | (No) | |
| Birth defects? | Yes | (No) | |
| Developmental delay? | Yes | (No) | |
| Blood disorders? Hemophilia, Sickle Cell, Other? Explain. | Yes | (No) | |
| Diabetes? | Yes | (No) | |
| Head injury/Concussion/Passed out? | (Yes) | No | |
| Seizures? What are they like? | Yes | No | |
| Heart problem/Shortness of breath? | Yes | (No) | |
| Heart murmur/High blood pressure? | Yes | (No) | |
| Dizziness or chest pain with exercise? | (Yes) | No | |
| Eye/Vision problems? ____ Glasses ☐ Contacts ☐ Last exam by eye doctor | | | |
| Other concerns? (crossed eye, drooping lids, squinting, difficulty reading) | | | |
| Ear/Hearing problems? | Yes | No | |
| Bone/Joint problem/injury/scoliosis? | Yes | No | |

**MEDICATION (List all prescribed or taken on a regular basis)**

| | | |
|---|---|---|
| Loss of function of one of paired organs? (eye/ear/kidney/testicle) | Yes | (No) |
| Hospitalizations? When? What for? | (Yes) | No |
| Surgery? (List all.) When? What for? | Yes | (No) |
| Serious injury or illness? | (Yes) | No    Head Injury |
| TB skin test positive (past/present)? | Yes* | No    * If yes, refer to local health department. |
| TB disease (past or present)? | Yes* | No |
| Tobacco use (type, frequency)? | Yes | No |
| Alcohol/Drug use? | Yes | No |
| Family history of sudden death before age 50? (Cause?) | Yes | (No) |

| Dental ☐ Braces ☐ Bridge ☐ Plate ☐ Other |
|---|
| Other concerns? Head Hurts All the Time |
| Information may be shared with appropriate personnel for health and educational purposes. Parent/Guardian Signature Dorothy Moore 7-30-07 |

## Entire section below to be completed by MD/DO/APN/PA    (*INDICATES TESTING MANDATED FOR STATE LICENSED CHILD CARE FACILITIES)

**PHYSICAL EXAMINATION REQUIREMENTS**    HEIGHT 53"    WEIGHT 55 eb    BMI    B/P 88/60

**DIABETES SCREENING** BMI>85% age/sex  Yes ☐  No ☐    And any two of the following:  Family History Yes ☐  No ☐  Ethnic Minority Yes ☐ No ☐
Signs of Insulin Resistance (hypertension, dyslipidemia, polycystic ovarian syndrome, acanthosis nigricans)  Yes ☐  No ☐    At Risk  Yes ☐  No ☐

**LEAD RISK QUESTIONNAIRE** Required for children age 6 months through 6 years enrolled in licensed or public school operated day care, preschool, nursery school and/or kindergarten. 7/30/07
Blood Test Indicated?  Yes ☐ No ☐    Blood Test Date _____    Blood Test Result _____    (Blood test required in Chicago and other high risk zip codes.)

**TB SKIN TEST** Recommended only for children at high risk groups (including children who are immune-suppressed due to HIV infection or other conditions, recent immigrants from high prevalence countries, or those exposed to adults in high risk categories. See CDC guidelines.  Date Read __/__/__  Result ____ mm    PPD 6/07  7/30/07

| LAB TESTS *INDICATES TESTING MANDATED FOR STATE LICENSED CHILD CARE FACILITIES | Date | Results | | Date | Results |
|---|---|---|---|---|---|
| Hemoglobin * or Hematocrit * | 7/30/09 | | Sickle Cell * (as indicated) | | |
| Urinalysis | | | Other | | |

| SYSTEM REVIEW | Normal | Comments/Follow-up/Needs | | Normal | Comments/Follow-up/Needs |
|---|---|---|---|---|---|
| Skin | | | Endocrine | | |
| Ears | | | Gastrointestinal | | |
| Eyes  Normal Yes☐ No☐  Objective screening Yes☐ No☐ Result ____  Amblyopia Yes☐ No☐  Referred to Ophthalmologist/Optometrist Yes☐ No☐ | | | Genito-Urinary | | LMP |
| | | | Neurological | | |
| Nose | | | Musculoskeletal | | |
| Throat | | | Spinal examination | | |
| Mouth/Dental | | | Nutritional status | | |
| Cardiovascular/HTN | | | Mental Health | | ADHD Per-Moth diagnosed at Bogados Clinic |
| Respiratory | | | | | |

**NEEDS/MODIFICATIONS** required in the school setting
Frequent headaches per Mother

**DIETARY Needs/Restrictions**

**SPECIAL INSTRUCTIONS/DEVICES** e.g. safety glasses, glass eye, chest protector for arrhythmia, pacemaker, prosthetic device, dental bridge, false teeth, athletic support/cup
Follow with Pediatrician with Referral to Neurologist at University

**MENTAL HEALTH/OTHER** Is there anything else the school should know about this student?
If you would like to discuss this student's health with school or school health personnel, check title:  ☐ Nurse  ☐ Teacher  ☐ Counselor  ☐ Principal

**EMERGENCY ACTION** needed while at school due to child's health condition (e.g., seizures, asthma, insect sting, food, peanut allergy, bleeding problem, diabetes, heart problem)?
Yes ☐  No ☐   If yes, please describe.

On the basis of the examination on this day, I approve this child's participation in
PHYSICAL EDUCATION   Yes ☑  No ☐  Modified ☐    (If No or Modified please attach explanation.)    INTERSCHOLASTIC SPORTS (for one year)  Yes ☑  No ☐  Limited ☐

| Physician/Advanced Practice Nurse/Physician Assistant performing examination | | |
|---|---|---|
| DR. C. SONG MALL CLINIC 6202 S. HALSTED CHICAGO, IL 60621 | Signature C. Song | Date 7/30/07 |
| | Phone (773) 651-2188 | |

(Complete both sides)

#A@2HP030

RUSH UNIVERSITY MEDICAL CENTER

## AUTHORIZATION FOR RELEASE OF PATIENT HEALTH INFORMATION

**Purpose:** This form is used to confirm the direction of an individual that Rush may use or disclose protected health information for a particular purpose.

### Purpose of the Requested Use or Disclosure: (must check one)

☐ Fundraising    ☐ Marketing    ☐ Media Purposes    ☐ Patient's Employer    ☐ Patient's Attorney

☒ Other (please describe) _collaboration, case planning, discharge planning_

### Please provide us with the following information:

| | |
|---|---|
| **Patient's Name:** *Shamir Williams* | **Telephone Number:** *773-978-5198* |
| **Address:** *8107 S. Escanaba* | |
| **City:** *Chicago* | **State:** *Il 60617* |
| **Social Security Number:** | **Date of Birth:** *11/26/99* |

### SECTION A: Please read the following statements carefully.

This authorization is voluntary. Rush will not condition your treatment on giving this authorization. However, Rush may condition the provision of research-related treatment on the provision of an authorization.

### SECTION B: Patient (or Patient's Personal Representative) confirming the authorization.

I authorize the use and/or disclosure of my protected health information as described in Section C below. I understand this authorization is voluntary and made to confirm my decision so Rush may use and/or disclose my medical information for a specific purpose. I understand that, if the persons or organizations I authorized below to receive and/or use the protected health information (PHI) described below are subject to federal health information privacy laws, they may further disclose the protected health information and it may no longer be protected by federal health information privacy laws. However, any mental health, substance abuse, genetic testing, or HIV/AIDS information disclosed by Rush pursuant to the authorization may not be further disclosed except pursuant to my authorization.

### SECTION C: The use and/or disclosure being authorized.

Please check and initial the specific protected health information you are authorizing be used and/or disclosed (if this authorization is for psychotherapy notes, no other type of protected health information may be listed on this authorization).

| | | |
|---|---|---|
| ☐ General Medical | Initial: _____ | ☐ Genetic Testing  Initial: _____ |
| ☐ Mental Health | Initial: _____ | ☐ HIV/AIDS  Initial: _____ |
| ☐ Alcohol/Substance Abuse | Initial: _____ | ☐ Physician Name/Dept. of Service  Initial: _____ |
| ☒ Other (please specify): _all pertinent clinical information SB_ | | |

### SECTION D: Compensation (must check one if authorization is for Marketing).

☐ Rush will not receive direct or indirect compensation from a third party as a result of the use and/or disclosure of the protected health information requested by this authorization.

☐ Rush will receive direct or indirect compensation, grants or contracts from a third party as a result of the use and/or disclosure of the protected health information requested by this authorization.

### SECTION E: Authorization Expiration date: (must check one).

☐ This occurrence only    ☐ 60 days from date of signature

☒ On occurrence of the following event (which must relate to the individual or to the purpose of the use/or disclosure being authorized): _90 days post discharge_

MR FORM 1928  (01-24-04)

# Rush University Medical Center

## Rush University Medical Center
### Clinical Notes

| Pt. Name: **WILLIAMS, SHAMIR** | Gender: **M**  DOB: **11/26/1999** | Unit#: **728342** | MR#: **5701839** |

**Discharge Summary Report**

Date: 12/08/2006 00:00

Enc: #57018391001-Rush University Medical Center

Ordered by:

Status: Preliminary

POC:

Clinician: BANEGAS, MARTA E

Document Id: 63237

PATIENT NAME: Williams, Shamir

MR#: 570-18-39

ATTENDING PHYSICIAN: Marta Banegas, M.D.

ADMISSION DATE: 12/02/2006

DISCHARGE DATE: 12/08/2006

### DISCHARGE SUMMARY

**FINAL DIAGNOSES**

Axis I: Intermittent explosive disorder; impulse control disorder, not otherwise specified.

Axis II: Learning disorder.

Axis III: None.

Axis IV: Severe.

Axis V: At the time of discharge, 55.

**REASON FOR HOSPITALIZATION**

The patient was totally out of control at home. Between his mother and his 2 older brothers, he could not be controlled, so mother took him for an evaluation to a neighboring hospital where he was admitted. He remained hospitalized for 2 days and then transferred to 4-Kellogg, the children and adolescent inpatient child psychiatry unit.

**HISTORY OF PRESENT ILLNESS**

According to the mother, this patient has been having problems since the beginning of the calendar year, and she believes that the trigger for this deteriorating behavior was a very traumatic event that the patient suffered at the hands of the school teacher. Mother reported that the school teacher trying to control the patient had hit him. Among some of the objects were a belt buckle that had caused a cut to his scalp, and he had to be taken to an emergency room. From then on, the patient has not been attending school, and there has been an ongoing legal battle and verbal argument between the school and the mother. The patient spends all his day at home with his mother and tends to get very aggressive.

He has been seen in outpatient more than once, but somewhat inconsistently. The patient has been placed on medication on an outpatient basis, but his behavior is very difficult to control. He has destroyed the offices of the evaluator. Reason why mother does not bring him back, she says, is because she is afraid that the medical team might be angry with the patient and not treat him properly.

**MENTAL STATUS EXAMINATION**

During the initial evaluation, the patient was not very cooperative. He basically did not answer any questions that were related to his past behaviors. He was quite reluctant to cooperate. He either said "I am too tired," or he starts becoming agitated and provocative by violating personal space. He becomes irritable quickly. It is very difficult to assess his memory due to this uncooperative behavior and to assess his cognitive potential, although the lack of insight is evident. His poor judgment and impulsivity are also very evident.

**HOSPITAL COURSE**

During the course of hospitalization, the patient improved, though not dramatically. He came in and was in the quiet room in the first 24 hours, kicking and screaming. During the course of hospitalization, he went from cursing at the staff, telling them to shut up, and just refusing to cooperate to mildly cooperating without maintaining much conversation and avoiding relationships in the unit.

The laboratory testing that was performed on him, including a complete blood count and general chemistry, was all unremarkable. The drug screening was positive for amphetamines, but the patient had been taking Adderall 5 mg as an outpatient, which is the explanation for this. The rest of the laboratory tests were within normal limits.

DISPOSITION
The patient was discharged improved with no restrictions on his diet or activities with a very strong recommendation to get the patient enrolled in school, and he was given the outpatient appointment.

DISCHARGE MEDICATIONS
He was discharged on Risperdal 0.25 mg in the morning, Risperdal .5 mg at 8 p.m., and Adderall XR 5 mg 1 every morning.
Attending Signature

_____

SA Attending Physician: Marta Banegas, M.D.
Dictated By: Marta Banegas, M.D.
i/000396424
Dictated: 12/10/2006/11:42 A
Transcribed: 12/10/2006 10:16 P
Document #: 63237
c: Marta Banegas, M.D.

Pt. Name: WILLIAMS, SHAMIR
Printed By: THOMAS, JAMES E

Unit#: 728342
Print Date: 01/04/2007 11:48

MR#: 5701839
Page 2 of 2

# Illinois Eye Institute

South Michigan Avenue
Chicago, Illinois 60616
(312) 225-6200

*a division of the Illinois College of Optometry*

**Pediatric / Binocular Vision Service**

Phone: (312) 949-7280
Fax: (312) 949-7668

*[handwritten across top: After Day #15 Eye Am Shamaurning 11-26-99]*

Patient's Name: __Shamur Austin__   Date: __6/16/06__   File #: __352380__

Address: __8107 S Escanaba__   City/State: __Chicago, Il__   Zip: __60617__

Phone: (__773__) __978-1598__   Date of Birth: __11/26/99__   Sex: __M__

## SUMMARY OF VISION EVALUATION

**VISUAL ACUITY**
☒ With correction ☒ Without correction

Distance:   Method: __Snellen__
Right Eye __20/25__ Left Eye __20/25__ Both Eyes __20/20__

Near:   Method: _____
Right Eye __20/30__ Left Eye __20/30__ Both Eyes __20/25__

☐ Unable to test

**COLOR VISION**
☒ Normal
☐ Abnormal _____
☐ Unable to test

**EYE MOVEMENT SKILLS**
☐ Accurate
☒ Abnormal __Some tracking/eye movement deficiencies__
☐ Unable to test

**NEAR FOCUSING SKILLS**
☐ Normal
☒ Abnormal __Underactive Focusing both eyes__
☐ Unable to test

**REFRACTIVE (PRESCRIPTION) STATUS**
☐ Normal
☐ Nearsighted (Myopia)      ☐ Astigmatism
☒ Farsighted (Hyperopia)    ☐ Presbyopia
☐ Unable to test

**USE OF EYES TOGETHER**
Binocular Vision Skills:
☐ Normal
☒ Abnormal __Focusing/Eye Movement__
☐ Unable to test
Depth Perception:
☒ Normal
☐ Abnormal
☐ Unable to test
Eye Turn:
☐ Present ☒ None      ☐ Unable to test
☐ Inward ☐ Outward    ☐ Upward

**EYE HEALTH**
☒ Normal
☐ Abnormal:    __-poor dilation, limited peripheral retina views__
☐ External: _____
☐ Internal: _____
☒ Intraocular pressure: __tactile, soft, normal__

## RECOMMENDATIONS

☐ All findings within normal range, patient should return for routine eye care _____
☐ Glasses should be worn for: ☐ Full time ☒ Near work ☐ Far viewing ☒ Schoolwork
☐ Additional testing recommended: _____
☒ Vision Therapy is suggested for: __Accomodation, eye movement__
☐ Referral to: __Dr. Nardo — continue w/ txt of PCP__
☐ Classroom suggestions: _____
Additional comments: __Return to IEI for follow-up in 4-6 months__

_____   _____
Attending Staff (please print)   Attending Staff Signature

P/BV-VisRep-1?

SHAMIR N. WILLIAMS





12-06-07











