FILED CH
JAN - 7 2008
JAN - 7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Plaintiff(s) DOROTHY J. AUSTIN
FOR SHAMIR N. WILLIAMS
MINOR
V.
Defendant(s) GLORIA GOODWIN ET. AL

Case Number: 07 C 6919

Judge: PALLMEYER

## MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, DOROTHY J. AUSTIN, declare that I am the (check appropriate box)
   [✓] plaintiff   [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding[NOTE: This item *must* be completed]:

   1. ROBERT C. MORTON ATTORNEY COUNSELOR AT LAW
      105 WEST MADISON STREET
      CHICAGO, ILLINOIS 60602   312-726-9789

3. In further support of my motion, I declare that (check appropriate box):

   [ ] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [ ] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

___Dorothy J. Austin___            ___8107 S. ESCANABA___
Movant's Signature                 Street Address

_____               ___CHICAGO ILL 60617___
Date                               City, State, ZIP

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

| Assigned Judge: _____ | Case Number: _____ |

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____    Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____    Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____    Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

DOROTHY J. AUSTIN Attempts To Retain Counsel To Represent me in this Proceedings

1. VICKIE L. PASLEY LT. D.
ATTORNEY & COUNSELOR AT LAW
25 EAST WASHINGTON. SUITE 902 60602  312-922-9514

3. GOLDSTEIN, FISHMAN, BENDER & ROMANOFF
ATTORNEY AT LAW ONE NORTH LASALLE ST, 26 Fl.
CHICAGO, ILLINOIS 60602  312-346-8558

4. MONTGOMERY JAMES D. & ASSOCIATES
1 NORTH LASALLE CHICAGO ILLINOIS 60602
312-977-0200

5. STEINBERG POLACEKS, GOODMAN
309 W. WASHINGTON SUITE 500
CHICAGO ILLINOIS 60606  312-782-1386

6. SUSSMAN, SELIG & ROSS
ONE EAST WACKER DRIVE
CHICAGO ILLINOIS 60601

7. SMITH, COFFEY & ALEXANDER, LTD,
119 N. PEORIA CHICAGO ILLINOIS
312-850-2600