## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6919 | **DATE** | 1/15/2008 |
| **CASE TITLE** | Dorothy J. Austin vs. Gloria Goodwin, et al | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for appointment of counsel [8] is granted. The Clerk's Office has provided the name of Tarek Ismail, of Bartlit Beck Herman Palenchor & Scott LLP, 54 West Hubbard Street, Chicago, IL 60610, telephone number 312/494-4418. Tarek Ismail is directed to promptly contact Plaintiff Dorothy J. Austin and to file his appearance on Ms. Austin's behalf.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|