# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6919 | **DATE** | 2/12/2008 |
| **CASE TITLE** | Dorothy J. Austin vs. Gloria Goodwin | | |

**DOCKET ENTRY TEXT**

Status hearing held on 2/12/2008. Plaintiff to file Amended Complaint in 28 days. Status conference is set for 4/3/2008 at 9:00.

Docketing to mail notices.

00:02

| | Courtroom Deputy Initials: | ETV |
|---|---|---|