IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DOROTHY J. AUSTIN on behalf of her minor child SHAMIR WILLIAMS, | ) ) ) | |
| Plaintiffs, | ) ) | No. 07-CV-06919 |
| vs. | ) ) | Honorable Rebecca R. Pallmeyer |
| GLORIA GOODWIN, CHICAGO BOARD OF EDUCATION | ) ) ) ) | |
| Defendants | ) | |

## NOTICE OF FILING

YOU ARE HEREBY NOTIFIED that on February 22, 2008, there was filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division the following:

**PLAINTIFFS' FIRST AMENDED COMPLAINT**

copy of which are attached hereto.

                                                            Respectfully submitted,

                                          By: _____s/Martha Pacold_____
                                                  Martha Pacold

Tarek Ismail
Martha Pacold
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
ATTORNEYS FOR DOROTHY J. AUSTIN
     on behalf of her minor child SHAMIR WILLIAMS
54 West Hubbard Street, Ste. 300
Chicago, IL  60610
Telephone:  312-494-4400