UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DOROTHY J. AUSTIN on behalf of her minor child SHAMIR WILLIAMS, <br><br> Plaintiffs, <br><br> vs. <br><br> GLORIA GOODWIN, CHICAGO BOARD OF EDUCATION <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> No. 07-CV-06919 <br><br> Honorable Rebecca R. Pallmeyer |

## **MOTION TO WITHDRAW AS PLAINTIFFS' COUNSEL**

Pursuant to Local Rule 83.17, I, Tarek Ismail, appointed *pro bono* counsel for plaintiffs, seek leave to withdraw, on my own behalf and on behalf of Martha Pacold and Bartlit Beck Herman Palenchar & Scott, LLP, as counsel for plaintiffs. For grounds in support of the motion, I state:

1) I am a partner at Bartlit Beck Herman Palenchar & Scott LLP in Chicago.

2) By minute order dated January 15, 2008, I was appointed *pro bono* counsel for plaintiffs Dorothy Austin and Shamir Williams.

3) On January 22, 2008, I, along with Martha Pacold, filed an appearance to represent plaintiffs in this action.

4) On February 25, 2008, Ms. Austin, on behalf of herself and her minor child, Shamir Williams, informed me that she no longer wanted me or anyone at my firm to represent them in this proceeding.

1

WHEREFORE, I request that Tarek Ismail, Martha Pacold and the law firm Bartlit Beck Herman Palenchar & Scott LLP, be granted leave to withdraw as counsel for plaintiffs Dorothy Austin and Shamir Williams.

February 26, 2008                                                             Respectfully submitted,

                                                /s Tarek Ismail
Tarek Ismail
Martha Pacold
BARTLIT BECK HERMAN PALENCHAR
   & SCOTT LLP
54 West Hubbard, Suite 300
Chicago, Illinois 60610
Telephone:    (312) 494-4400
Facsimile:    (312) 494-4440

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

**NOTICE AND MOTION TO WITHDRAW AS PLAINTIFFS' COUNSEL**

were served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by overnight mail on February 26, 2008, to any non-ECF filers.

    Dorothy J. Austin
    Shamir Williams
    8107 S. Escanaba Ave.
    Chicago, IL 60617
    Plaintiffs

    Rita C. Moran
    City of Chicago Department of Law
    30 North LaSalle Street, Suite 1020
    Chicago, IL  60602
    Counsel for the City of Chicago

        /s Tarek Ismail
    Tarek Ismail
    Martha Pacold
    BARTLIT BECK HERMAN PALENCHAR
      & SCOTT LLP
    54 West Hubbard, Suite 300
    Chicago, Illinois 60610
    Telephone:    (312) 494-4400
    Facsimile:    (312) 494-4440