UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DOROTHY J. AUSTIN on behalf of her minor child SHAMIR WILLIAMS, | ) ) ) | |
| Plaintiffs, | ) ) | No. 07-CV-06919 |
| vs. | ) ) | Honorable Rebecca R. Pallmeyer |
| GLORIA GOODWIN, CHICAGO BOARD OF EDUCATION | ) ) ) ) | |
| Defendants | ) | |

## Notice of Motion

TO:   Rita C. Moran
City of Chicago Department of Law
30 North LaSalle Street, Suite 1020
Chicago, IL  60602

Dorothy J. Austin
Shamir Williams
8107 S. Escanaba Ave.
Chicago, IL 60617

PLEASE TAKE NOTICE that on the  3rd  day of March 2008 at 8:45 a.m. or as soon thereafter as counsel may be heard, one of Plaintiffs' attorneys shall appear before Judge Rebecca R. Pallmeyer or any Judge sitting in her place in the U.S. District Court, Northern District of Illinois, Eastern Division, Chicago, Illinois to present plaintiffs' counsels' Motion To Withdraw As Plaintiffs' Counsel.

February 26, 2008                    Respectfully submitted,


                           /s Tarek Ismail
By:    Tarek Ismail
        Martha Pacold
        BARTLIT BECK HERMAN
            PALENCHAR & SCOTT LLP
        54 West Hubbard, Suite 300
        Chicago, Illinois 60610
        Telephone:    (312) 494-4400
        Facsimile:     (312) 494-4440