# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6919 | **DATE** | 2/27/2008 |
| **CASE TITLE** | Dorothy J. Austin vs. Gloria Goodwin, et al | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Motion to withdraw as Plaintiffs' counsel [17] entered and continued to 3/5/2008 at 9:00. Plaintiff's *pro se* motion for change of attorney also entered and continued to 3/5/2008 at 9:00. Ms. Austin is reminded that although she is free to represent herself, she is not permitted to represent her son in court. Ms. Austin is free to continue to seek counsel to represent her. If Ms. Austin's request that the court appoint substitute counsel is based upon her disagreement with Mr. Ismail's professional advice, the court is unlikely to grant such a request. Her oral request for appointment of an out-of-state attorney is denied; the court has no jurisdiction over attorneys that are not admitted to practice in this court, and an out-of-state attorney may well not be licensed to practice law in Illinois.

Docketing to mail notices.

00:17

| | Courtroom Deputy Initials: | ETV |
|---|---|---|