IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
FEB 25 2008
Feb 25 2008
JUDGE REBECCA R. PALLMEYER
UNITED STATES DISTRICT COURT

DOROTHY J. AUSTIN - SHAMIRL
PLAINTIFF WILLIAMS

VS.

GLORIA GOODWIN, ET. AL
DEFENDANT

CASE NO. 07C 6919

JUDGE: PALLMEYER

## NOTICE OF MOTION

TO: SEE ATTACHED SERVICE LIST

On FEB-29-08, at 8:45 a.m./p.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable JUDGE PALLMEYER in Courtroom _____ at the United States District Court Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and present _____

Name Dorothy J. Austin
Address 8107 S. ESCANABA
City / Zip CHICAGO ILL
Telephone 773-431-3222

## PROOF OF SERVICE

I, the undersigned (plaintiff / defendant), certify that on the 25 day of FEB, 08 I served a copy of this notice to each person whom it is directed by way of _____

SIGNATURE / CERTIFICATION

2-25-08
DATE

1. MOTION TO SPEAK WITH HONORABLE JUDGE PALLMEYER

2. ATTORNEY SAID HONORABLE JUDGE PALLMEYER

3. WOULD THROW OUT CASE

4. IF HE DIDNT DROP CITY OF CHICAGO, OFFICER DONALD

5. AND ALSO OFFICE OF PROFFESSIONAL STANDARRS AS DEFENDANTS.

6. MOTION FOR CHANGE OF ATTORNEY

7. DROPING NAME DEFENDANT FROM CASE

8. IN WHICH WAS FILED

9. IN THE AMOUNT OF 40,000,000

DOROTHY J. AUSTIN
2-25-08

*[signature]* Dorothy J Austin
2-25-08