# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6919 | **DATE** | 3/5/2008 |
| **CASE TITLE** | Dorothy J. Austin vs. Gloria Goodwin, et al | | |

**DOCKET ENTRY TEXT**

Plaintiff's *pro se* motion for change of attorney [20] denied without prejudice. Motion to withdraw as Plaintiffs' counsel [17] is also denied without prejudice. Summons to issue as to any newly-named Defendants in Plaintiff's First Amended Complaint, and the U.S. Marshal's Service to serve process on all Defendants named in the Amended Complaint. Status hearing set for 4/3/2008 is stricken and reset to 4/10/2008 at 9:00.

Docketing to mail notices.

00:03

| | Courtroom Deputy Initials: | ETV |
|---|---|---|