

**Department of Justice**
**United States Marshals Service**

# Memo

**To:**   Clerk's Office

**From:**   Tamar De.Costa

**Date:**   March 5, 2008

**Re:**   Case #07C6919

F I L E D

MAR  7 2008  YM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MAR 0 7 2008

I am returning the attached case 07C6919 Dorothy J. Austin vs. Gloria Goodwin, et al.   A 285 form was mailed out on January 17, 2008 requesting the address of the party she would like served.   I have not received the 285 form from the plaintiff with the requested information.  The plaintiff needed to return the requested information within 10 days from the date that she received the 285 form.

Tamar
Civil Process

1

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Dorothy J. Austin
For Shamir N Williams
    Minor

Gloria Goodwin v.
Officer Widman O
Office of Professional Standards
Chicago Police Department
Chicago Board of Education &
City of Chicago

**SUMMONS IN A CIVIL CASE**

CASE **07cv6919**

ASSIG **JUDGE PALLMEYER**

DESIG **MAG.JUDGE MASON**

MAGISTRATE JUDGE.

TO: (Name and address of Defendant)

OFFICE OF Professional STANDARDS

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Dorothy J. Austin
8107 S. Escanaba
Chicago Ill 60617

an answer to the complaint which is herewith served upon you within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_(signature)_

(By) DEPUTY CLERK
**Thelma Murry-Sykes**

JAN 1 6 2008

DATE

AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                *Date*              *Signature of Server*

                            _____
                            *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Dorothy J. Austin
for Shamir N Williams
minor

Gloria Goodwin v.
Officer Widmand O
Office of Professional Standards
Chicago Police Department
Chicago Board of Education
City of Chicago

**SUMMONS IN A CIVIL CASE**

CASE

ASSI

DESI
MAC

**07cv6919**

**JUDGE PALLMEYER**

**MAG.JUDGE MASON**

TO: (Name and address of Defendant)

OFFICE OF Professional STANDARDS

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Dorothy J. Austin
8109 S Escanaba
Chicago Ill 60617

an answer to the complaint which is herewith served upon you within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____

(By) DEPUTY CLERK

JAN 1 6 2008

DATE

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6919 | **DATE** | 12/12/2007 |
| **CASE TITLE** | Dorothy J. Austin vs. Gloria Goodwin, et al | | |

**DOCKET ENTRY TEXT**

Plaintiff Dorothy J. Austin has submitted a *pro se* complaint together with a motion for appointment of counsel and a petition for leave to proceed without prepayment of fees (*in forma pauperis* application). Having reviewed Plaintiff's financial affidavit, the court concludes that Ms. Austin can not afford to pay the court's filing fee. The application for leave to proceed without repayment of fees (Doc. 4) is therefore granted. Summons will issue, and the U. S. Marshals Service is directed to serve process. The motion for appointment of counsel (Doc. 5) is denied without prejudice. The motion for appointment of counsel (Doc. 5) is denied without prejudice. Status hearing set for 2/12/2008 at 9:00.

■[ For further details see text below.]        Notices mailed by judge's staff

---

## STATEMENT

Plaintiff Dorothy J. Austin has submitted a pro se complaint together with a motion for appointment of counsel and a petition for leave to proceed without prepayment of fees (*in forma pauperis* application). Having reviewed Plaintiff's financial affidavit, the court concludes that Ms. Austin can not afford to pay the court's filing fee. The application for leave to proceed without repayment of fees (Doc. 4) is therefore granted. Summons will issue, and the U. S. Marshals Service is directed to serve process.

Ms. Austin's motion for appointment of counsel is incomplete, as she has provided no explanation of what efforts, if any, she has made to find counsel on her own. Such information is called for in paragraph 2 of the court's form motion before the court will appoint an attorney. The motion for appointment of counsel (Doc. 5) is denied without prejudice. Ms. Austin is encouraged to seek counsel to represent her, either on a contingency or at reduced cost. A list of legal services is attached to this order.

A TRUE COPY - ATTEST
MICHAEL W. DOBBINS, CLERK

BY *Shelia Murray Syles*
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS

DATE: 1/16/08

| | Courtroom Deputy Initials | ETV |
|---|---|---|

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

DOROTHY J. AUSTIN

FOR SHAMIR N. WILLIAMS Plaintiff(s)

MINOR

v.

Gloria Goodwin

OFFICER W. DONALD Defendant(s)

CHICAGO BOARD OF EDUCATION

CITY OF CHICAGO

CHICAGO POLICE DEPARTMENT

OFFICE OF PROFESSIONAL STANDARD

**COMPLAINT**

Case No.

## 07cv6919
## JUDGE PALLMEYER
## MAG.JUDGE MASON

1. MY NAME IS DOROTHY J. AUSTIN Parent of SHAMIR N. WILLIAMS

2. SHAMIR N. WILLIAMS IS A RESIDENT OF This STATE

3. SHAMIR N. WILLIAMS WAS INJURED ON 2-22-06 BETWEEN School Hours 7.45-1.45

4. Gloria Goodwin A CHICAGO Public School TEACHER

5. Gloria Goodwin Abuse, neglected, Beat SHAMIR N. WILLIAMS

6. SHAMIR N. WILLIAMS was beat on The ARM with a Bell causeing Bruises

7. SHAMIR N. WILLIAMS was STRUCK numerous Times with a object a Ruler

8. SHAMIR N. WILLIAMS SubStain A serious skull Injury with has EFFECTED

9. SHAMIR N. WILLIAMS vision, Hearing motor skills, Emotionally, Constant
   Pain and Suffering

10. OFFICER W. Donald Responded Improperly when he close The CASE on the Scene

11. OFFICER W. Donald Said The CASE is NON Criminal SHAMIR N. WILLIAMS

12. was HIT with objects Ruler- BELL

13. CHICAGO Police Department FAiled to Investigate OFFICER W. Donald
    For Disciplinary Action and Accountability.

14. OFFICE OF Professional STAndards never INvestigated FOR
    Disiplinary Action Accountibility

15. The Board of EDUCATION NEVER INVestigated MS Gloria Goodwin
    For Disiplinary Action And Accountbility

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

DOROTHY J. Austin
FOR SHAMIR N. WILLIAMS **Plaintiff(s)**
MINOR

Case No.

v.

GLORIA GOODWIN
OFFICER W. DONALD **Defendant(s)**
OFFICE OF PROFESSIONAL STANDARDS
CHICAGO Police Department
THE Board OF EDUCATION   **COMPLAINT**
CITY OF CHICAGO

16. CITY OF CHICAGO IS LIABLE FOR FAILING TO PROVIDE A SAFE ENVIRONMENT

Dorothy J. Austin
for Shamir N. Williams

12-07-07

**GENERAL OFFENSE CASE REPORT**
CHICAGO POLICE

1. OFFENSE/INCIDENT—PRIMARY CLASSIFICATION: NON CRIMINAL
UCR OFF. CODE: 1508.0
2. SECONDARY CLASSIFICATION: OTHER
R.D. NO.: HM-196-490

4. ADDRESS OF OCCURRENCE
NO. 8311 DIR. S STREET COMMERCIAL AVE
APT. NO.
5. FIRE RELATED ☐1 YES ☒2 NO
6. DATE OF OCCURRENCE – TIME: DAY MO. YR. 1300
7. BEAT/UNIT ASSIGN. 414

9. TYPE OF LOCATION OR PREMISE WHERE OFFENSE OCCURRED (GIVE NAME OF LOCATION IF APPLICABLE): PUBLIC SCHOOL
10. LOCATION CODE
11. DATE R.O. ARRIVED – TIME: 23 FEB 06 0910
2. ASSIGNED BY ☐2 ON VIEW
☐ R.O.S.
☐ SUPERVISOR

All information, descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 21. NAME (LAST—FIRST—M.I.) | IDENTITY VERIFIED | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX—RACE—AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. TIME AVAIL. | 27. OCCUPATION | 28/29 |

**VICTIMS**

1. WILLIAMS-SHAMIR | ☒ | 8107 S. ESCANABA | M L 16 | 773-978-1698 | | EVEN | STUDENT

PARENT/GUARDIAN, IF JUVENILE: WILLIAMS DOROTHY
30. DISCOVERED  WITNESSED  REPORTED OFFENSE: WILLIAMS DOROTHY

| 41. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 42. HOME ADDRESS | 43. SEX—RACE—AGE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. | MARKS, SCARS, ETC. |

57. IF RESIDENCE, WHERE WERE OCCUPANTS: DATA ENTRY DD AREA TWO

51. OBJECT/WEAPON: ☐ USED ☐ DISPLAYED ☐ UNK
81. FIREARM FEATURES
☒01 HAND GUN
☐02 SHOTGUN
☐03 RIFLE
☐04 KNIFE
☐05 VEHICLE
☐06 BLUNT INSTRUMENT
☐07 THROWN OBJECT

53. POINT/ENTRY
54. POINT/EXIT
☐01 FRONT DOOR
☐02 REAR DOOR
☐03 WINDOW
☐04 ROOF
☐05 FLOOR
☐06 SIDE DOOR
☐07 OTHER
☐08 UNKNOWN
☐09 DNA

55. BURGLAR ALARM
56. SAFE BURGLARY METHOD

71. DESCRIBE PROPERTY IN NARRATIVE

72. VEHICLE/TRAILER YEAR / MAKE: BODY STYLE COLOR / V.I.N.

**NARRATIVE**
VICTIM.
R/O P.O. B-82 SVU
FIRST OFFICER AT SCENE: SOUTH SHORE EIR STAR NO.
E # PB CONFUSION TOP HEAD CONDITION STABLE OR ANBUND
INVESTIGATION REVEALED INCONSISTENCY IN STORY RELATED BY PIG OF
E # PB CONFUSION TOP HEAD ASSIGNED TO BATTERY INVESTIGATION AT SOUTH SHORE EIR R/O
SOUTH SHORE EIR STAR NO.

96. REPORTING OFFICER'S NAME (PRINT): McDONALD STAR NO. 1696
97. SUPERVISOR APPROVING (PRINT NAME): NONE
APPROVAL SIGNATURE:
DATE APPROVED: 23 FEB 06 0910

PD-11,380 (Rev. 8/96)

I.D. NO.
HM -196-490

ORIGINATION
& NARRATIVE

R/O RELOCATED TO HEROES SCHOOL      P/O STATED DIFFICULTY IN RE-

AND SPOKE WITH GODWIN/GLORIA FULFILLING GRANTED TRANSFER OF CHOICE.

P/O LEARNED MISS GODWIN DID NOT      R/O UNABLE TO ASCERTAIN

ESCORT STUDENT FROM CLASS FOR      SOURCE/INABLE OF CONTUSION AT

BREAK. THIS IS IN CONFLICT WITH      THIS TIME.

P/O SUMMARY OF STORY LEADING TO      BT-420-440-470 (ON SCENE)

INJURY ALLEGED BY P/O      SILL SGT KILMARTIN 140

P/O REQUESTED/ISSUED TRRLS      PIG MADE 3 PREVIOUS COMPLAINTS

CER ON 20/JANU4 FOR STUDENT AND      AGAINST STAFF BEING UNFOUNDED P/G

D/DNT FOLLOW THROUGH WITH SAME      BECAME EVASIVE/AGITATED WHEN R/O

P/G IN IN GOING CONFLICT      INQUIRED ABOUT DELAY IN TREATMENT/TRPT

WITH STAFF AT HEROES SCHOOL

FOR USE BY BUREAU OF INVESTIGATIVE SERVICES ONLY

# CHICAGO POLICE DEPARTMENT
## VICTIM INFORMATION NOTICE

CPD-11.380, Part 3-English-(Rev. 2/98)

*RD Number:* **HL736811**        *Occurrence Date:* **15-OCT-2005 09:00**        *Beat of Assign:* 9178

*Primary Class.:* **BATTERY**                *Secondary Class.:* **SIMPLE**

*Occurrence Address:* **8255 S HOUSTON AVE**                                *Occ. Beat:* **0424**

*Type of Location of premise where offense occurred (give name of location if applicable)*

300        SCHOOL, PUBLIC, GROUNDS

### IMPORTANT: KEEP THIS NOTICE FOR YOUR PERSONAL RECORDS

CASE NAME - PEOPLE OF THE STATE OF ILLINOIS/CITY OF CHICAGO vs. _____
If an arrest has taken place, the following is your court information:
Date:            Time:            Court branch:            Court Loc.:
If you need more help call the Victim/Witness Assistance Program of the Cook County State's Attorney's   Office at
(773)869 - 7200

## VICTIM INFORMATION NOTICE/ CHICAGO POLICE DEPARTMENT
*THIS IS NOT AN OFFICIAL POLICE REPORT - IT IS FOR INFORMATION PURPOSES ONLY*

Your case will be on file with the Chicago Police Department under the above listed R.D. Number. Refer to this number whenever you are communicating with the Chicago Police Department concerning this incident. Your case will be assigned for follow-up investigation based upon specific facts obtained during the initial investigation. The presence of these facts can predict whether a comprehensive follow-up investigation would likely result in the arrest and prosecution of the suspect(s) or the recovery of property. Your case will be reviewed and retained to determine if criminals active in the area can be identified. *A detective will not routinely contact you unless additional information is required or your further assistance is needed.*

### TO REPORT ADDITIONAL INFORMATION
If you have knowledge of specific facts which might assist in the investigation of your case, please contact the unit marked below:

|  | FOR PROPERTY CRIMES | FOR VIOLENT CRIMES | FOR YOUTH DIVISION |
|---|---|---|---|
| **AREA 1** | 747-8384 | 747-8380 | 747-8385 |
| **AREA 2** | 747-8273 | 747-8272 | 747-8276 |
| **AREA 3** | 744-8263 | 744-8261 | 744-8266 |
| **AREA 4** | 746-8253 | 746-8252 | 746-9258 |
| **AREA 5** | 746-8382 | 746-8282 | 746-8365 |
| **BOMB & ARSON**(all Areas) | 746-7619 | **AUTO THEFT**(all Areas)  746-5566 | |

### COPY OF THE REPORT
The above listed R.D. Number may suffice for insurance purposes, however, there may be instances when a copy of the case report is desired. A copy of the case report which verifies that an incident of injury, loss or damage has been reported to the Chicago Police Department may be obtained after 14 working days from the date the incident was reported. To obtain a copy of the report, send a check or money order payable to the *"DEPARTMENT OF FINANCE - CITY OF CHICAGO"* in the amount of $.50 and a self-addressed stamped return envelope to:

Chicago Police Department
Records Inquiry Section, Room 1027
3510 South Michigan Ave.
Chicago, IL 60653

Include the following information with your request: 1) Victim's name and address (or person reporting crime), 2)Type of incident, 3)Address of occurrence, 4)R.D. Number.

### MAKE THE RIGHT CALL
To report a crime in progress or other emergency that requires immediate police response, call 9-1-1.
To report non-emergency situations, call the Police Department at 3-1-1.

### CHICAGO ALTERNATIVE POLICING STRATEGY (CAPS)
### SAFE NEIGHBORHOODS ARE EVERYBODY'S BUSINESS
The police alone cannot solve the problems of crime in our City. It takes an active and informed community working with the police and other City agencies to really make a difference. Join your neighbors and your neighborhood police officers as we work together to reduce crime and improve the quality of life in our City. Become part of the CAPS team in your community. To find out how, call:
**CAPS HOTLINE**        744-CAPS(744-2277)
More information about CAPS is availble on the **World Wide Web** at http://www.ci.chi.il.us
You live on Beat:_____. You next Beat: Community Meeting will be held(date and time) _____
_____at (location)_____

### TELECOMMUNICATIONS DEVICE FOR THE DEAF/TELETYPE (TDD/TTY)
Hearing-impaired persons who possess such equipment may communicate with the Chicago Police Department 24 hours a day by calling 746-9715. Hearing-impaired persons in need of assistance during normal business hours may also contact their local police district or the Preventive Programs and Neighborhood Relations Division at 745-5806.



**Richard M. Daley**
Mayor

**Department of Police • City of Chicago**
3510 S. Michigan Avenue • Chicago, Illinois 60653

**Dana V. Starks**
Interim Superintendent of Police

November 15, 2007

Ms. Dorothy Austin
8107 S. Esanaba
Chicago, IL 60617

Dear Ms. Austin:

Please be advised that your complaint has been reopened and will be investigated under Complaint Register Number 312256.  An Investigator will be assigned to your case and will contact you.

Sincerely,

Debra Kirby
Assistant Deputy Superintendent
Internal Affairs Division

DK/mdr

Emergency and TTY: 9-1-1 • Non Emergency and TTY: (within City limits) 3-1-1 • Non-Emergency and TTY: (outside City limits) (312) 746-6000

E-mail: police@cityofchicago.org • Website: www.cityofchicago.org/police

OFFICE OF PROFESSIONAL STANDARDS



(312) 745-3609
**Tisa Morris**, Chief Administrator

12 April 2006

Ms. Dorothy Austin
8107 S. Escanaba
Chicago, IL  60617

Dear Ms. Austin:

Your complaint registered with the Office of Professional Standards (OPS) on 11 Apr 06 has been forwarded to the Internal Affairs Division (IAD) for investigation.  The Complaint Register Number is 312256.

The OPS registers all complaints against Department members.  The OPS is only authorized to investigate complaints alleging excessive force, shootings where an officer discharges his/her weapon and strikes someone, deaths in custody, and domestic violence involving Department members.  All other complaints are investigated by the IAD.  Your complaint will be investigated IAD.  OPS will not have any information regarding the status of their investigation.

If you have not been contacted within ten days, you may contact IAD for information at 312-745-6349 between the hours of 9:00 a.m. and 5:00 p.m.  Please have the CR number available before contacting IAD, this will enable them to access your information.

Sincerely,

Tisa Morris
Chief Administrator
Office of Professional Standards

TM/llb



**Department of Police • City of Chicago**
3510 South Michigan Avenue • Chicago, Illinois 60653

Date __4/13/06__

Re: C. R. No. __312256__

Dear Ms. Dorothy AUSTIN

A complaint against a Department member, registered under the above Complaint Register (C.R.) Number, is currently under investigation by the Chicago Police Department

A vital step in the investigation is an interview with the person who registered the complaint as well as witnesses. This step is essential in order to conduct a complete and thorough investigation.

Please contact me as soon as possible so that I can make arrangements to meet with you regarding the incident under investigation. The following information is provided so that you can contact me without unnecessary inconvenience:

Name: Police Agent Derrick D. ALLEN, #18366

Address: 3510 S. Michigan Ave., Chicago, ii. 60653

Telephone: 312-745-6310

Hours Available: ~~0800 **# p.m.~~    0700 – 2:45 pm

Sincerely,

Police Agent Derrick D. ALLEN, #18366

CPD-44.223 (Rev. 1/04)



PROFESSIONAL STANDARDS
Chicago, IL 60616
(312) 745-3609
**Tisa Morris**, Chief Administrator

17 April 2006

Ms. Dorothy Austin
8107 S. Escanaba
Chicago, IL  60617

Dear Ms. Austin:

The Office of Professional Standards (OPS) received your information on 10 Apr 06. Based on the information provided, no Complaint Register number was initiated. All of your information was documented and forwarded to the Internal Affairs Division (IAD) for their review. IAD will review the forwarded information and if warranted, will conduct a follow up.

The OPS registers all complaints against Department members. However, OPS is only authorized to investigate complaints of excessive force, shootings where an officer discharges his/her weapon and strikes someone, deaths in custody and domestic violence involving Department members. All other complaints are investigated by the IAD.

Should you have additional information that would support the initiation of a Complaint Register number, contact IAD at 312-745-6349 between the hours of 9:00 a.m. and 5:00 p.m. Monday through Friday. Please wait at least *five days* after the receipt of this notice before contacting IAD with any additional information.

Sincerely,

Tisa Morris
Chief Administrator
Office of Professional Standards

TM/llb





OFFICE OF PROFESSIONAL STANDARDS

Tisa Morris, Chief Administrator
(312-745-3600)

1 September 2006

Ms. Dorothy Olson
8107 S. Escanaba
Chicago, IL 60617

Dear Ms. Olson:

The Office of Professional Standards (OPS) received your information on 31 Aug 06. Based on the information provided, no Complaint Register number was initiated. All of your information was documented and forwarded to the Internal Affairs Division (IAD) for their review. IAD will review the forwarded information and if warranted, will conduct a follow up.

The OPS registers all complaints against Department members. However, OPS is only authorized to investigate complaints of excessive force, shootings where an officer discharges his/her weapon and strikes someone, deaths in custody and domestic violence involving Department members. All other complaints are investigated by the IAD.

Should you have additional information that would support the initiation of a Complaint Register number, contact IAD at 312-745-6349 between the hours of 9:00 a.m. and 5:00 p.m. Monday through Friday. Please wait at least *five days* after the receipt of this notice before contacting IAD with any additional information.

Sincerely,

Tisa Morris
Chief Administrator
Office of Professional Standards

TM/dmb



**OFFICE OF PROFESSIONAL STANDARDS**



10 W. 35th St., Suite 1200
Chicago, IL 60616
(312)745-3609

**Michael J. Duffy,** Acting Chief Administrator

25 July 2007

RE:    CR# 312256

Dorothy Austin
8107 S. Escanaba
Chicago, Illinois  60617

Dear Ms. Austin:

Investigator Querfurth informed me of the phone conversation you had with him on 25 July 2007, regarding the status of the investigation into the complaint you filed.

Because of the nature of your complaint, it was forwarded to the Internal Affairs Division for investigation. All your questions regarding your complaint need to be directed to the Internal Affairs Division at 312-745-6349.

If the Office of Professional Standards can be of anymore assistance to you, please contact me at 312-745-3609.

Sincerely,

Michael J. Duffy
Acting Chief Administrator
Office of Professional Standards

MJD/ra

JESSE L. JACKSON, JR.
2ND DISTRICT, ILLINOIS

COMMITTEE ON APPROPRIATIONS

SUBCOMMITTEES:
LABOR-HEALTH AND
HUMAN SERVICES-EDUCATION

FOREIGN OPERATIONS, EXPORT FINANCING
AND RELATED PROGRAMS

**Congress of the United States**
**House of Representatives**
**Washington, DC 20515—1302**

March 30, 2007

Mr. Arne Duncan                         **VIA TELEFAX:  (773)  553-1501**
Chief Executive Officer
Chicago Public Schools
125 South Clark Street, 5th Floor
Chicago, Illinois 60603                 

Dear Mr. Duncan:

I write on behalf of my constituent, Mr. Shamir Williams, of
8107 South Escanaba Avenue, Chicago, Illinois, 60617.  His
mother, Ms. Dorothy Austin, contacted my office on his behalf.
She can be reached at (773) 937-3222.

Ms. Austin maintains that her son was beaten by a teacher in
February of 2006.  She alleges that the school and the police
department have done nothing to address the issue.  She stated
that her child has not attended school since that time.  I
kindly ask that you investigate this matter.  Please detail how
Shamir may attend a safe school and if the teacher and officers
involved deserve disciplinary action.

Please see accompanying information enclosed.  I respectfully
ask that you provide full and fair consideration to Ms. Austin's
request consistent with applicable law and regulations.  In
addition, please respond to my Special Assistant, Mr. Jeffery
Mingo, at 17926 South Halsted Street, Homewood, Illinois, 60430.

I thank you in advance for your attention to this matter.  I
look forward to receiving your reply.

Sincerely,

*Jesse Jackson Jr* (signature)

Jesse L. Jackson, Jr.
Member of Congress

JLJJr.:JM:jm

Enclosure

cc:  Superintendent Philip Cline, Chicago Police Department

2419 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515-1302
(202) 225-0773

2120 EAST 71ST STREET
CHICAGO, IL 60649
(773) 241 6500

17926 SOUTH HALSTED
HOMEWOOD, IL 60430
(708) 798 6000

THIS MAILING WAS PREPARED, PUBLISHED, AND MAILED AT TAXPAYER EXPENSE

JESSE L. JACKSON, JR.
2ND DISTRICT, ILLINOIS

# Congress of the United States
## House of Representatives
### Washington, DC 20515—1302

SUBCOMMITTEE:

LABOR HEALTH AND
HUMAN SERVICES EDUCATION

FOREIGN OPERATIONS, EXPORT FINANCING
AND RELATED PROGRAMS

April 9, 2007

Ms. Dorothy Austin
8107 South Escanaba Avenue
Chicago, Illinois 60617

Dear Ms. Austin:

My office has received responses from the Chicago Police
Department and the Board of Education of the City of Chicago
regarding our inquiry on your behalf.  Copies of the responses
have been enclosed for your review.

I sincerely hope that this is helpful in addressing your
concerns.  Please do not hesitate to contact me or my office
if I may be of further assistance.

Sincerely,

Jesse L. Jackson, Jr.
Member of Congress

JLJJr.:JH:jm

Enclosure

2419 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515-1302
(202) 225-0773

2120 EAST 71ST STREET
CHICAGO, IL 60649
(773) 241-6500

THIS MAILING WAS PREPARED, PUBLISHED, AND MAILED AT TAXPAYER EXPENSE



**Board of Education of the City of Chicago**
**Law Department**

Patrick J. Rocks
General Counsel

CONFIDENTIAL

125 South Clark Street
Suite 700
Chicago, Illinois 60603
Telephone 773/553-1700
FAX 773/553-1702

April 6, 2007

The Honorable Jesse L. Jackson, Jr.
United States House of Representatives
2419 Rayburn House Office Building
Washington, D.C. 20515–1302

    Re:   Shamir Williams and Dorothy Austin

Dear Representative Jackson:

Arne Duncan asked me to look into the concerns expressed in your letter of March 30, 2007, and the claims asserted in Ms. Austin's undated letter, which you enclosed.

Ms. Austin claims in her letter that a teacher's aide hit her son, Shamir, on the head with a wooden ruler and beat his arm with a belt on February 21, 2006. She alleges that when she took him to the hospital for care, she told a police officer who asked about his injuries that he had been injured at school on two prior occasions as well, on September 15, 2005 (face allegedly slapped by Ms. George) and October 21, 2005 (allegedly poked in the eye by Ms. Jenkins). Her letter gives the year for these two incidents as 2006, but contextually, it appears she is referring to 2005.

The Law Department was notified of Ms. Austin's allegations in April 2006, and conducted an investigation. Our investigator found no credible evidence to support her claim that staff at Ninos Heroes Academy or its branch, South Chicago School, slapped, poked, struck or "beat" her son Shamir on any occasion. Many of Ms. Austin's claims conflict with known and provable facts. No school employee has corroborated any part of her assertions. And Ms. Austin has refused to cooperate with our attempts to investigate her claims.

In addition, Ms. Austin's claim that neither school staff nor the Chicago Police Department took any action when she reported her son's alleged injuries is not accurate. School personnel looked into each of her claims. And for those few times when the police were called, they also investigated her claims and filed reports. They, too, found no credible evidence to support her claims.

Unfortunately, Ms. Austin's assertion that she has prevented her son from attending school since February 2006 appears to be true — and the Board has initiated steps to remedy this long-term truancy.

The Board of Education remains committed to providing a safe learning environment for all public school students in Chicago. We believe the Board has provided — and continues to provide — a safe learning environment for Shamir Williams. Anything your staff can do to encourage his mother to take advantage of that opportunity is greatly appreciated.

If you have any further questions, please contact William Morgan at 773-553-1654.

Very truly yours,

Patrick J. Rocks
General Counsel

cc:    Arne Duncan
       William Morgan
       Jeffery Mingo



**Richard M. Daley**
Mayor

**Department of Police • City of Chicago**
3510 S. Michigan Avenue • Chicago, Illinois 60653

**Philip J. Cline**
Superintendent of Police

April 2, 2007

Jesse L. Jackson, Jr.
Congressman
17926 South Halsted
Homewood, IL 60430

Superintendent's Memo #07-    582

Dear  Congressman Jackson

Your inquiry regarding the subject matter listed below has been received in my office. Your concern has been made a priority and will be investigated by the appropriate member of my Command Staff. I can assure you this matter will be handled as expeditiously as possible. Thank you for bringing this to my attention.

Complaint by Ms. Dorothy Austin

Should you have any additional information or requests regarding this matter please contact my Chief of Staff, Mike Boyce, directly at 312 745-6158.

Regards,

Philip J. Cline
Superintendent of Police

Cc:  Chief of Staff Mike Boyce
     Commander Frank Gross

---

**Emergency:** 9-1-1 • **Non-Emergency:** (Within City limits) 3-1-1 • **Non-Emergency:** (Outside City limits) 312-746-600
TTY: 312-746-9715 • E-mail: police@ci.chi.il.us • Website: www.ci.chi.il.us/CAPS

ANAND, CHANDRA S
WILLIAMS, SHAMIR
B/D 11/26/1999    02/23/06
M 6Y S B  BA      ER ER
773 721 1017      15715188

# SOUTH SHORE HOSPITAL

8012 S. Crandon Ave.
Chicago, IL 60617
(773) 356-5331

## EMERGENCY DEPARTMENT
## AFTER CARE INSTRUCTIONS

**PROVISIONAL DIAGNOSIS:**

*Contusion to Head*

Follow Up in_____Days at:

☐ Please call for appointment

**Additional Instructions:**

Follow up with childs
doctor in 2 + 3 days

Follow instructions
provided (1 + head injury)

_____

SIGNATURE OF PATIENT OR RESPONSIBLE PERSON

SIGNATURE OF WITNESS

Please follow the instructions below as indicated for you:

☐ Abdominal Complaint      ☐ Head Injury-Adult/Child
☐ Animal Bite              ☐ High Blood Pressure
☐ Asthma                   ☐ Neck Strain/Sprain
☐ Back Pain                ☐ Nosebleed
☐ Burn Care                ☐ Otitis Media (Earache)
☐ Cast Care                ☐ Pelvic Inflammatory Disease
☐ Chest Pain               ☐ Seizure
☐ Cold Adult-Child         ☐ Strain, Sprain, Fracture
☐ Crutch Walking/Crutches  ☐ Threatened Miscarriage
☐ Eye Injury               ☐ Urinary Tract Infection
☐ Fever-Child              ☐ Venereal Disease
☐ Febrile Convulsion       ☐ Vomiting/Diarrhea-Adult/Child
☐ Headache                 ☐ Wound care/Suture after care
                           ☐ Other

You were sutured.  You have_____sutures/staples which must be removed in_____days.

☐ You were prescribed sedatives or pain medications that may make you drowsy.  Do not drink alcohol or operate machinery while you are taking these medications.

X-rays do not always show injury or disease.  Fractures (breaks in the bones) are not always revealed on the initial x-rays, but may be revealed on subsequent x-rays.  Your x-ray has been read on a preliminary basis.  Final reading will be made by the radiologist in 24 hours.  You will be notified of any additional findings.

The examination and treatment you have received in the Emergency Department has been given on an emergency basis only.  (Should your condition worsen or any new symptoms develop, or should you not recover as expected, contact your Doctor or the Doctor you were given for follow-up care).  If you cannot contact the doctor, return to the Hospital Emergency Department.

SIGNATURE OF PHYSICIAN                    DATE

2 ‑23/06

SOUTH SHORE HOSPITAL 8012 S. Crandon Ave. • Chicago, IL 60617 | SOUTH SHORE HOSPITAL 8012 S. Crandon Ave. • Chicago, IL 60617

FOR:_____DATE:_____      FOR:_____DATE:_____
ADDRESS:_____             ADDRESS:_____

*RX*                                         *RX*

Copy Not For Patient Use                     Copy Not For Patient Use

☐ May substitute _____M.D.   ☐ May substitute _____M.D.
☐ May not substitute DEA No._____     ☐ May not substitute DEA No._____
☐ May be refilled  ☐ 1 ☐ 2 ☐ NR              ☐ May be refilled  ☐ 1 ☐ 2 ☐ NR

SSR-1123

THE UNIVERSITY OF CHICAGO CHILDRENS HOSPITAL          02/26/06

**PEDIATRIC EMERGENCY DEPARTMENT**

**AFTER-CARE INSTRUCTIONS**

WILLIAMS, SHAMIR N.
MEDHIST ID  02704619  WYER
ATT DR   6139      HOSTETLER, M
EXAMDR   3589      IYER, RAJARA
PLAN     IDPA PEDIATRICS

① Head Injury  727 E 111 st
          St Apt

**DIAGNOSIS:** _____

**Course of treatment** (results of physical examination, diagnostic studies, assessment, treatment provided, etc.)

_____
_____
_____

**PLEASE FOLLOW INSTRUCTIONS BELOW**

- Tylenol + motrin as needed for pain
- Return to the ER if severe headache, unstable gait, profound vomiting, weakness, numbness or any concern
- You will be followed by DCFS within 24 hrs

Additional Printed Instructions: _____

RETURN FOR: _____

The following medications were prescribed for you. Take them as instructed.

| Medication | Dose | Frequency | Route | Reason |
|---|---|---|---|---|

(YOU MAY CONTINUE HOME MEDICATIONS AS PRESCRIBED BY YOUR FAMILY PHYSICIAN UNLESS DIRECTED OTHERWISE.)

**IF YOUR CONDITION WORSENS OR DOES NOT IMPROVE AND YOUR DOCTOR CANNOT BE REACHED, YOU SHOULD RETURN TO THE EMERGENCY ROOM.**

**FOLLOW-UP REFERRAL   *Take this sheet to your doctor at the follow-up appointment.**

☐ Friend Family Health Center 773-702-0660. Follow-up visit in _____ days / weeks.

☐ Call Sub Specialty Clinic _____ at _____ for follow-up in _____ days.

☐ You have identified your doctor as _Halsted clinic_ Please follow up with this doctor in _7-14_ days / weeks.

☐ RETURN TO _____ FOR _____

SIGNATURE OF PATIENT / RESPONSIBLE PERSON: _____

RELATIONSHIP TO PATIENT: ☐ PARENT  ☐ GUARDIAN  ☐ SELF  ☐ OTHER

CONDITION UPON DISCHARGE: ☒ GOOD  ☐ FAIR  ☐ STABLE  ☐ IMPROVED

INSTRUCTIONS WRITTEN BY: _Julien_

DISCHARGED BY: _____  DATE: 2/26

THE UNIVERSITY OF CHICAGO CHILDREN'S HOSPITAL

### PEDIATRIC EMERGENCY DEPARTMENT
## AFTER-CARE INSTRUCTIONS

```
MHID 02949344        COER
AUSTIN, SHAMIR
DOB: 11/26/99        SEX: M
PTID 811328913       05/10/07
```

**DIAGNOSIS:** _Headache_

**Course of treatment** (results of physical examination, diagnostic studies, assessment, treatment provided, etc.)
_Exam_

## PLEASE FOLLOW INSTRUCTIONS BELOW
_Return for any problems_

Additional Printed Instructions: _____

☐ RETURN FOR: _____

☐ The following medications were prescribed for you. Take them as instructed.

| Medication | Dose | Frequency | Route | Reason |
|---|---|---|---|---|
| | | | | |

(YOU MAY CONTINUE HOME MEDICATIONS AS PRESCRIBED BY YOUR FAMILY PHYSICIAN UNLESS DIRECTED OTHERWISE.)

**IF YOUR CONDITION WORSENS OR DOES NOT IMPROVE AND YOUR DOCTOR CANNOT BE REACHED, YOU SHOULD RETURN TO THE EMERGENCY ROOM.**

## FOLLOW-UP REFERRAL  *Take this sheet to your doctor at the follow-up appointment.

☐ Friend Family Health Center 773-702-0660. Follow-up visit in _____ days / weeks.

☒ Call Sub Specialty Clinic _Pediatric Neurology_ at _773-702-6169_ for follow-up in _1-2 weeks / days._

☐ You have identified your doctor as _____ Please follow up with this doctor in _____ days / weeks.

☐ RETURN TO ER ON _____ FOR _____

SIGNATURE OF PATIENT / RESPONSIBLE PERSON:  X _____

RELATIONSHIP TO PATIENT:  ☐ PARENT   ☐ GUARDIAN   ☐ SELF   ☐ OTHER_____

CONDITION UPON DISCHARGE:  ☒ GOOD   ☐ FAIR   ☐ STABLE   ☐ IMPROVED

INSTRUCTIONS WRITTEN BY: _____

DISCHARGED BY: _____   DATE: _5/10/07_   TIME: _16 32_


**ACCESS** community HEALTH NETWORK Caring. Committed. Connected.

REFERR
AUTHORIZATION FOF

| TODAY'S DATE | PATIENT NAME / UNIT RECORD # | DATE OF BII |
|---|---|---|
| 6/7/06 | Williams Shams | 11-269 |

PATIENT MOST CURRENT/RECENT ADDRESS
8/07 S. ESCANABA Chgo 60649

PATIENT'S MOST RECENT PHONE NUMBER

PRIMARY CARE PHYSICIAN (Name and Signature)
V. D. Naik

MEMBER ID NO.    GROUP NO.    EFFECTIVE D
143197374

INSURANCE TYPE    COPAY AMO
MEDICAID

| TELEPHONE | FAX |
|---|---|
| 773-624-4800 | 773-624-5028 |

HEALTH CENTER  **Booker Family Health Center**
654 East 47th Street
Chicago, Illinois 60653-4220

PRIMARY SUBSCRIBER'S NAME
AUSTIN DOROTHY

## PHYSICIAN/PROVIDER REFERRED TO

NAME/FACILITY    SPECIALITY    TELEPHONE
MSH    Radiologist

## LIMITS OF REFERRAL (REQUIRED)

☐ Emergency Room Services:    Date 7/20/06
  Prior PCP Approval: ☐ Yes    ☐ No    By 12:02
☐ 1 Office Visit (or Consultation Only)
☐ 2 Office Visits

## SPECIFIC SERVICE REQUESTED

☐ Diagnostic Study (e.g. lab, x-ray, etc). Please specify:
  MRI - brain

Additional copy of results to Dr. _____

☐ Treatment with the following procedure(s):

Med Admit Date: _____ Sched Procedure Date _____
Estm D/C Date: _____ ☐ Inpatient ☐ Outpatient

☐ Global OB Care    LMP _____
  Est Delivery Date _____ First Visit _____
  ☐ Vaginal ☐ C-Section  Reason _____

☐ Non-Physician Services
*Please specify no. visits, DME, etc.*

If an HMO patient, the following services <u>always</u> require pa
authorization with Access Community Health Network:
  • Inpatient admissions/surgery
  • Outpatient surgery/procedures
  • 24 hour OBV admissions
  • Outpatient services with charges over $200
  • Global OB care – first trimester
  • Non-physician services (e.g. speech therapy, OT
    PT, covered dental, chiropractic, etc.)
  • Infertility assessment/treatment
  • Skilled nursing facility care
  • Home health care services
  • Durable medical equipment (DME)
  • Out-of-plan (non-ACCESS) referrals
  • MRI's
  • Chemotherapy/radiation therapy

## COB & THIRD PARTY LIABILITY

☐ Auto Accident    ☐ Medicare    ☐ Work Related    ☐ Other
INSURED'S NAME _____
INSURANCE CARRIER _____

## REASON FOR REFERRAL (REQUIRED)

| DIAGNOSIS | DX/TX INITIAL DATE | ICD-9 CODE |
|---|---|---|
| injury skull | Headache | |

CLINICAL SUMMARY/REMARKS:
Headache constant / Behaviour disorder
P/s injury skull/s. MRI R/o
SCP.

## FOR ACCESS OFFICE STAFF USE ONLY

DATE APPROVED    AUTHORIZATION NO.    AFPROVEL

REVIEWED BY MEDICAL DIRECTOR

NOTIFICATION OF DISPOSITION BY

REQUEST: ☐ APPROVED  ☐ DENIED  ☐ ( ___ LETTE
COMMENTS:

**ACCESS** COMMUNITY HEALTH NETWORK *Caring. Committed. Connected.*

# REFER
## AUTHORIZATION FO

| TODAY'S DATE 7/13/06 | PATIENT NAME / UNIT RECORD # William Shams | DATE OF 11-26 |
|---|---|---|

| PATIENT MOST CURRENT/RECENT ADDRESS | PATIENT'S MOST RECENT PHONE NUMBER |
|---|---|

| PRIMARY CARE PHYSICIAN (Name and Signature) U. D. Nair | MEMBER ID NO. 143197374 | GROUP NO. | EFFECTIVE |
|---|---|---|---|

| TELEPHONE 773-624-4800 | FAX 773-624-5028 | INSURANCE TYPE MEDICAID | COPAY AM |
|---|---|---|---|

| HEALTH CENTER **Booker Family Health Center** 654 East 47th Street Chicago, Illinois 60653-4220 | PRIMARY SUBSCRIBER'S NAME |
|---|---|

## PHYSICIAN/PROVIDER REFERRED TO

NAME/FACILITY Dr Beregan Psychiatrist · 3303W 26th St Chicago 773-277      SPECIALITY      TELEPHON

## LIMITS OF REFERRAL (REQUIRED)

☐ **Emergency Room Services:**   Date 8/14/06
  Prior PCP Approval: ☐ Yes   ☐ No   By 5:00
☐ **1 Office Visit (or Consultation Only)**
☐ **2 Office Visits**

## SPECIFIC SERVICE REQUESTED

☐ **Diagnostic Study (e.g. lab, x-ray, etc). Please specify:**

Additional copy of results to Dr._____

☐ **Treatment with the following procedure(s):**

Sched Admit Date._____   Sched Procedure Date _____
Estim D/C Date._____  ☐ Inpatient  ☐ Outpatient

☐ **Global OB Care**                LMP_____
  Est Delivery Date _____   First Visit_____
  ☐ Vaginal  ☐ C-Section   Reason_____

☐ **Non-Physician Services**
*Please specify no. visits, DME, etc.*

### If an HMO patient, the following services **always** require p authorization with Access Community Health Network

- Inpatient admissions/surgery
- Outpatient surgery/procedures
- 24 hour OBV admissions
- Outpatient services with charges over $200
- Global OB care – first trimester
- Non-physician services (e.g. speech therapy, OT PT, covered dental, chiropractic, etc.)
- Infertility assessment/treatment
- Skilled nursing facility care
- Home health care services
- Durable medical equipment (DME)
- Out-of-plan (non-ACCESS) referrals
- MRI's
- Chemotherapy/radiation therapy

## COB & THIRD PARTY LIABILITY

☐ Auto Accident  ☐ Medicare  ☐ Work Related  ☐ Other
INSURED'S NAME _____
INSURANCE CARRIER _____

## REASON FOR REFERRAL (REQUIRED)

| DIAGNOSIS ? ADHD | DX/TX INITIAL DATE | ICD-9 CODE |
|---|---|---|

CLINICAL SUMMARY/REMARKS:

6 year old with ? ADHD refered
for medi cation evaluation Treat

## FOR ACCESS OFFICE STAFF USE ONLY

| DATE APPROVED | AUTHORIZATION NO. | APPROVED |
|---|---|---|

REVIEWED BY MEDICAL DIRECTOR

NOTIFICATION OF DISPOSITION BY

REQUEST: ☐ APPROVED  ☐ DENIED  ☐ (____ LETTER
COMMENTS:



# REFERRAL
# AUTHORIZATION FORM

| TODAY'S DATE  8/7/07 | PATIENT NAME / UNIT RECORD #  Shamir William | DATE OF BIRTH  11/26/99 |
|---|---|---|

PATIENT MOST CURRENT/RECENT ADDRESS
8107 S. Escanba 60617

PATIENT'S MOST RECENT PHONE NUMBER
773-437-3222

PRIMARY CARE PHYSICIAN (Name and Signature)
V. D. Nnh

| MEMBER ID NO. | GROUP NO. | EFFECTIVE DATE |
|---|---|---|

| TELEPHONE 773-624-4800 | FAX 773-624-5028 |
|---|---|

INSURANCE TYPE  IDPA          COPAY AMOUNT

HEALTH CENTER  **BOOKER FAMILY HEALTH CENTER**
654 E. 47th Street
Chicago, IL 60653-4220

PRIMARY SUBSCRIBER'S NAME

## PHYSICIAN/PROVIDER REFERRED TO
NAME/FACILITY  MCA          SPECIALITY  ENT (Audiology)          TELEPHONE NO.

## LIMITS OF REFERRAL (REQUIRED)

☐ **Emergency Room Services:**
   Prior PCP Approval: ☐ Yes   ☐ No
☐ 1 Office Visit (or Consultation Only)
☐ 2 Office Visits

Date 9-10-07
By 1pm

### SPECIFIC SERVICE REQUESTED
☐ **Diagnostic Study** (e.g. lab, x-ray, etc.). Please specify:
Hear eval

Additional copy of results to Dr. _____

☐ **Treatment with the following procedure(s):**

Sched Admit Date _____ Sched Procedure Date _____
Estim D/C Date _____   ☐ Inpatient  ☐ Outpatient

☐ **Global OB Care**
   Est Delivery Date _____   First Visit _____   LMP _____
   ☐ Vaginal  ☐ C-Section  Reason _____

☐ **Non-Physician Services**
Please specify no. visits, DME, etc.

### REASON FOR REFERRAL (REQUIRED)

| DIAGNOSIS  Hearing disorder | DX/TX INITIAL DATE | ICD-9 CODE |
|---|---|---|

CLINICAL SUMMARY/REMARKS:
3 yrold B/M
hstry of lead injury in 2006
Refered for hear eval

---

**If an HMO patient, the following services always require prior authorization with Access Community Health Network:**

- Inpatient admissions/surgery
- Outpatient surgery/procedures
- 24 hour OBV admissions
- Outpatient services with charges over $200
- Global OB care - first trimester
- Non-physician services (e.g. speech therapy, OT, PT, covered dental, chiropractic, etc.)
- Infertility assessment/treatment
- Skilled nursing facility care
- Home health care services
- Durable medical equipment (DME)
- Out-of-plan (non-ACCESS) referrals
- MRI's
- Chemotherapy/radiation therapy

## COB & THIRD PARTY LIABILITY
☐ Auto Accident   ☐ Medicare   ☐ Work Related   ☐ Other
INSURED'S NAME _____
INSURANCE CARRIER _____

## FOR ACCESS OFFICE STAFF USE ONLY
| DATE APPROVED | AUTHORIZATION NO. | APPROVED BY |
|---|---|---|

| REVIEWED BY MEDICAL DIRECTOR | DATE |
|---|---|

| NOTIFICATION OF DISPOSITION BY | DATE |
|---|---|

REQUEST: ☐ APPROVED  ☐ DENIED  ☐ (_____ LETTER)
COMMENTS:

The University of Chicago
**Pediatric Neurophysiology Laboratory**
Phone: (773) 834-8064
Fax: (773) 702-4786

Center for Advanced Medicine
Pediatric Specialty Center, 3E
5758 S. Maryland Avenue
Chicago, IL 60637-1470

Date Submitted 9/12/07

Preferred Exam Date 9/12/07

N  WILLIAMS,SHAMIR N                    PNEU
   DOB: 11/26/1999  SEX: M
M  ATT: 6024-SILVER, KENNET
   EXM: 81705-ELKAY, MURUVET     09/12/07
D
   MHID: 2704619    PTID: 294169412
B              MEDICAID

Inpatient _____   Room# _____

(Outpatient)   Home Phone: _____

| Resident & Page No. | Attending Physician |
|---|---|
| ellay 3052 | Kohma, ellay |

Form Filled Out By:

| Age: | Sex: | PATIENT STATE: | DIAGNOSIS: (Cannot perform Study without Diagnosis) |
|---|---|---|---|
| 7y | M | ___ Awake  ___ Obtunded  ___ Intubated  ___ Sedated  Other | ___ Seizure ?  ___ Brain Injury Unspecified  ___ Loss of Consciousness  ___ Mental Status Changes  ___ Involuntary Movement  ___ Encephalopathy  ___ Other _____ |

**Examination Requested:**

**EEGs**
(Routine (incl. Anterior temp. leads))
___ Portable
___ Sleep Deprived
___ Corticography
___ O.R. EEG Monitoring
___ LTM
___ WADA Activation
___ Electrical Cerebral Silence
___ Other_____

**EVOKED POTENTIALS:**
___ ERG
___ Visual
___ Auditory
___ Auditory Threshold
___ Median Nerve Somatosensory
___ Tibial Nerve SEPs
___ Dermatomal Sensory Eps
___ Cognitive (P300 and MMN)
___ O.R. EP Monitoring
___ Other_____

**EMGs**
___ Routine EMG & NCV
___ Single Fiber
___ Nerve Conduction Velocity Only
___ Autonomic Testing
___ Other_____

**SLEEP INVESTIGATIONS**
___ NAP Study
___ Multiple Sleep Latency
___ Polysomnogram
___ Extended EEG Montage
___ Split Night Study w/CPAP
___ Other_____

**QUESTION ASKED**                    HANDEDNESS  R ____
                                                  L

HA, dizziness after Head trauma
8/12 S7

**PERTINENT HISTORY & NEUROLOGICAL FINDINGS** (PLEASE DESCRIBE CONVULSIONS, IF PRESENT, AND MENTAL STATUS IF ABNORMAL)

Gestational Age _____    Seizure Onset _____
Event Dscription _____
Pertinent Exam _____
Key History _____
Other Comments _____
_____
_____

**MEDICATIONS**  Risperdal Adderall

| Is This A Repeat Examination? | Date: | Findings of Previous Examination: unremarkable |
|---|---|---|
| ___ Here (circled) | ___ Elsewhere   ___ No | Age At Onset of Seizures: 7yr | Frequency: daily |

Sedation  ___ May require sedation
              (Attach or fax sedation order)
          (May not Sedate) (circled)

Physician's Name(please print) Muruvet ellay

Physician's Signature  Melly

Revised 6/17/2004

#A@2HP030

RUSH UNIVERSITY MEDICAL CENTER

## AUTHORIZATION FOR RELEASE OF PATIENT HEALTH INFORMATION

**Purpose:** This form is used to confirm the direction of an individual that Rush may use or disclose protected health information for a particular purpose.

## Purpose of the Requested Use or Disclosure: (must check one)

☐ Fundraising   ☐ Marketing   ☐ Media Purposes   ☐ Patient's Employer   ☐ Patient's Attorney

☒ Other (please describe) *Collaboration, Case planning, discharge planning*

## Please provide us with the following information:

| Patient's Name: *Shamir Williams* | Telephone Number: *773-978-5198* |
|---|---|
| Address: *8107 S. Escanaba* | |
| City: *Chicago* | State: *Il 60617* |
| Social Security Number: | Date of Birth: *11/26/99* |

## SECTION A:  Please read the following statements carefully.
This authorization is voluntary. Rush will not condition your treatment on giving this authorization. However, Rush may condition the provision of research-related treatment on the provision of an authorization.

## SECTION B:  Patient (or Patient's Personal Representative) confirming the authorization.
I authorize the use and/or disclosure of my protected health information as described in Section C below. I understand this authorization is voluntary and made to confirm my decision so Rush may use and/or disclose my medical information for a specific purpose. I understand that, if the persons or organizations I authorized below to receive and/or use the protected health information (PHI) described below are subject to federal health information privacy laws, they may further disclose the protected health information and it may no longer be protected by federal health information privacy laws. However, any mental health, substance abuse, genetic testing, or HIV/AIDS information disclosed by Rush pursuant to the authorization may not be further disclosed except pursuant to my authorization.

## SECTION C:  The use and/or disclosure being authorized.
Please check and initial the specific protected health information you are authorizing be used and/or disclosed (if this authorization is for psychotherapy notes, no other type of protected health information may be listed on this authorization).

| ☐ General Medical | Initial: _____ | ☐ Genetic Testing | Initial: _____ |
|---|---|---|---|
| ☐ Mental Health | Initial: _____ | ☐ HIV/AIDS | Initial: _____ |
| ☐ Alcohol/Substance Abuse | Initial: _____ | ☐ Physician Name/Dept. of Service | Initial: _____ |
| ☒ Other (please specify): *All pertinent clinical information SB* | | | |

## SECTION D:  Compensation (must check one if authorization is for Marketing).
☐ Rush **will not** receive direct or indirect compensation from a third party as a result of the use and/or disclosure of the protected health information requested by this authorization.
☐ Rush **will** receive direct or indirect compensation, grants or contracts from a third party as a result of the use and/or disclosure of the protected health information requested by this authorization.

## SECTION E:  Authorization Expiration date: (must check one).
☐ This occurrence only   ☐ 60 days from date of signature
☒ On occurrence of the following event (which must relate to the individual or to the purpose of the use and/or disclosure being authorized): *90 days post discharge*

# Rush University Medical Center

## Rush University Medical Center
### Clinical Notes

| | | |
|---|---|---|
| **Pt. Name:  WILLIAMS, SHAMIR** | **Gender: M   DOB: 11/26/1999** | **Unit#: 728342    MR#:  5701839** |

**Discharge Summary Report**

**Date:** 12/08/2006 00:00

**Enc:** #57018391001-Rush University Medical Center

**Ordered by:**

**Status:** Preliminary

**POC:**

**Clinician:** BANEGAS, MARTA E

**Document Id:** 63237

PATIENT NAME: Williams, Shamir                MR#: 570-18-39

ATTENDING PHYSICIAN: Marta Banegas, M.D.

ADMISSION DATE: 12/02/2006            DISCHARGE DATE: 12/08/2006

DISCHARGE SUMMARY

FINAL DIAGNOSES

Axis I:Intermittent explosive disorder; impulse control disorder, not otherwise specified.

Axis II: Learning disorder.

Axis III: None.

Axis IV: Severe.

Axis V:  At the time of discharge, 55.

REASON FOR HOSPITALIZATION

The patient was totally out of control at home. Between his mother and his 2 older brothers, he could not be controlled, so mother took him for an evaluation to a neighboring hospital where he was admitted. He remained hospitalized for 2 days and then transferred to 4-Kellogg, the children and adolescent inpatient child psychiatry unit.

HISTORY OF PRESENT ILLNESS

According to the mother, this patient has been having problems since the beginning of the calendar year, and she believes that the trigger for this deteriorating behavior was a very traumatic event that the patient suffered at the hands of the school teacher. Mother reported that the school teacher trying to control the patient had hit him. Among some of the objects were a belt buckle that had caused a cut to his scalp, and he had to be taken to an emergency room. From then on, the patient has not been attending school, and there has been an ongoing legal battle and verbal argument between the school and the mother. The patient spends all his day at home with his mother and tends to get very aggressive.

He has been seen in outpatient more than once, but somewhat inconsistently. The patient has been placed on medication on an outpatient basis, but his behavior is very difficult to control. He has destroyed the offices of the evaluator. Reason why mother does not bring him back, she says, is because she is afraid that the medical team might be angry with the patient and not treat him properly.

MENTAL STATUS EXAMINATION

During the initial evaluation, the patient was not very cooperative. He basically did not answer any questions that were related to his past behaviors. He was quite reluctant to cooperate. He either said "I am too tired," or he starts becoming agitated and provocative by violating personal space. He becomes irritable quickly. It is very difficult to assess his memory due to this uncooperative behavior and to assess his cognitive potential, although the lack of insight is evident. His poor judgment and impulsivity are also very evident.

HOSPITAL COURSE

| | |
|---|---|
| **Pt. Name: WILLIAMS, SHAMIR** | **Unit#:  728342** |
| **Printed By: THOMAS, JAMES E** | **Print Date: 01/04/2007  11·** |

During the course of hospitalization, not dramatically. He came in and was in the quiet room in the first 24 hours, kicking and screaming. During the course of hospitalization, he went from cursing at the staff, telling them to shut up, and just refusing to cooperate to mildly cooperating without maintaining much conversation and avoiding relationships on the unit.

The laboratory testing that was performed on him, including a complete blood count and general chemistry, was all unremarkable. The drug screening was positive for amphetamines, but the patient had been taking Adderall 5 mg as an outpatient, which is the explanation for this. The rest of the laboratory tests were within normal limits.

DISPOSITION

The patient was discharged improved with no restrictions on his diet or activities with a very strong recommendation to get the patient enrolled in school, and he was given the outpatient appointment.

DISCHARGE MEDICATIONS

He was discharged on Risperdal 0.25 mg in the morning, Risperdal .5 mg at 8 p.m., and Adderall XR 5 mg 1 every morning.

Ending Signature

_____

USA Attending Physician: Marta Banegas, M.D.
Dictated By: Marta Banegas, M.D.
i/000396424
Dictated: 12/10/2006/11:42 A
Transcribed: 12/10/2006 10:16 P
Document #: 63237
:: Marta Banegas, M.D.

# Illinois Eye Institute

*Pediatric / Binocular Vision Service*

South Michigan Avenue
Chicago, Illinois 60616
(312) 225-6200

*a division of the Illinois College of Optometry*

Phone: (312) 949-7280
Fax: (312) 949-7668

Patient's Name: Shamir Austin   Date: 6/16/06   File #: 352380
Address: 8107 5 Escanaba   City/State: Chicago, Il   Zip: 60617
Phone: (773) 978-1598   Date of Birth: 11/26/99   Sex: M

## SUMMARY OF VISION EVALUATION

### VISUAL ACUITY
☒ With correction ☒ Without correction

Distance:   Method: Snellen
Right Eye 20/25 Left Eye 20/25 Both Eyes 20/20

Near:   Method: _____
Right Eye 20/30 Left Eye 20/30 Both Eyes 20/25

☐ Unable to test

### COLOR VISION
☒ Normal
☐ Abnormal _____
☐ Unable to test

### EYE MOVEMENT SKILLS
☐ Accurate
☒ Abnormal Some tracking/eye movement deficiencies
☐ Unable to test

### NEAR FOCUSING SKILLS
☐ Normal
☒ Abnormal Underactive Focusing both eyes
☐ Unable to test

### REFRACTIVE (PRESCRIPTION) STATUS
☐ Normal
☐ Nearsighted (Myopia)   ☐ Astigmatism
☒ Farsighted (Hyperopia)   ☐ Presbyopia
☐ Unable to test

### USE OF EYES TOGETHER
Binocular Vision Skills:
☐ Normal
☒ Abnormal Focusing/Eye Movement
☐ Unable to test

Depth Perception:
☒ Normal
☐ Abnormal
☐ Unable to test

Eye Turn:
☐ Present ☒ None   ☐ Unable to test
☐ Inward ☐ Outward ☐ Upward

### EYE HEALTH
☒ Normal -poor dilation, limited peripheral retina views
☐ Abnormal:
☐ External: _____
☐ Internal: _____
☒ Intraocular pressure: tactile, soft + normal

## RECOMMENDATIONS

☐ All findings within normal range, patient should return for routine eye care _____
☐ Glasses should be worn for: ☐ Full time ☒ Near work ☐ Far viewing ☒ Schoolwork
☐ Additional testing recommended: _____
☒ Vision Therapy is suggested for: Accomodation, eye movement
☐ Referral to: Dr. Nardo — continue w/ trt of PCP
☐ Classroom suggestions: _____
Additional comments: Return to IEI for follow-up in 4-6 months

Attending Staff (please print)   Attending Staff Signature

P/BV-VisRep-10

| Student's Name: Last Williams First Sha mir Middle | Birth Date 11/26/99 Month/Day/Year | Sex M | School | Grade Level/ ID # |

**HEALTH HISTORY** — TO BE COMPLETED AND SIGNED BY PARENT/GUARDIAN AND VERIFIED BY HEALTH CARE PROVIDER

**ALLERGIES** (Food, drug, insect, other)

| | | | | **MEDICATION** (List all prescribed or taken on a regular basis.) | | |
|---|---|---|---|---|---|---|
| Diagnosis of asthma? | Yes | (No) | Indicate Severity | Loss of function of one of paired organs? (eye/ear/kidney/testicle) | Yes | (No) |
| Child wakes during the night coughing | Yes | (No) | | | | |
| Birth defects? | Yes | (No) | | Hospitalizations? When? What for? | (Yes) | No |
| Developmental delay? | Yes | (No) | | | | |
| Blood disorders? Hemophilia, Sickle Cell, Other? Explain. | Yes | (No) | | Surgery? (List all.) When? What for? | (Yes) | No |
| Diabetes? | Yes | (No) | | Serious injury or illness? | (Yes) | No   Head Injury |
| Head injury/Concussion/Passed out? | (Yes) | | | TB skin test positive (past/present)? | Yes* | (No)  If yes, refer to local health department |
| Seizures? What are they? | Yes | No | | TB disease (past or present)? | Yes* | (No) |
| Heart problem/Shortness of breath? | Yes | (No) | | Tobacco use (type, frequency)? | Yes | (No) |
| Heart murmur/High blood pressure? | Yes | (No) | | Alcohol/Drug use? | Yes | (No) |
| Dizziness or chest pain with exercise? | (Yes) | No | | Family history of sudden death before age 50? (Cause?) | Yes | (No) |
| Eye/Vision problems?    ☐ Glasses ☐ Contacts ☐ Last exam by eye doctor ___ | | | | Dental  ☐ Braces  ☐ Bridge  ☐ Plate  Other | | |
| Other concerns? (crossed eyes, drooping lids, squinting, difficulty reading) | | | | Other concerns?   Head Hurts All the Time | | |
| Ear/Hearing problems? | Yes | No | | Information may be shared with appropriate personnel for health and educational purposes. Parent/Guardian Signature  Dorothy Smith 7-30-07 | | |
| Bone/Joint problem/injury/scoliosis? | Yes | No | | | | |

**Entire section below to be completed by MD/DO/APN/PA**   (*INDICATES TESTING MANDATED FOR STATE LICENSED CHILD CARE FACILITIES)

**PHYSICAL EXAMINATION REQUIREMENTS**   HEIGHT 53"   WEIGHT 55 lb   BMI ___   B/P 88/60

**DIABETES SCREENING**   BMI>85% age/sex ☐ Yes ☐ No ☐   And any two of the following:   Family History   Yes ☐ No ☐   Ethnic Minority   Yes ☐ No ☐
Signs of Insulin Resistance (hypertension, dyslipidemia, polycystic ovarian syndrome, acanthosis nigricans)   Yes ☐ No ☐   At Risk   Yes ☐ No ☐

**LEAD RISK QUESTIONNAIRE*** Required for children age 6 months through 6 years enrolled in licensed or public school operated day care, preschool, nursery school and/or kindergarten.
Blood Test Indicated? ☐ Yes ☐ No ☐   Blood Test Date ___   Blood Test Result ___   (Blood test required in Chicago and other high risk zip codes.)

**TB SKIN TEST** Recommended only for children in high risk groups including children who are immunosuppressed due to HIV infection or other conditions, recent immigrants from high prevalence countries, or those exposed to adults in highrisk categories. See CDC guidelines.   Date Read  / /   Result ___ mm   PPD 7/30

| **LAB TESTS** *INDICATES TESTING MANDATED FOR STATE LICENSED CHILD CARE FACILITIES | Date | Results | | Date | Result |
|---|---|---|---|---|---|
| Hemoglobin * or Hematocrit * | 7/30/07 | | Sickle Cell * (as indicated) | | |
| Urinalysis | | | Other | | |

| **SYSTEM REVIEW** | Normal | Comments/Follow-up/Needs | | Normal | Comments/Follow-up/Needs |
|---|---|---|---|---|---|
| Skin | | | Endocrine | | |
| Ears | | | Gastrointestinal | | |
| Eyes   Normal  Yes☐ No☐  Objective screening  Yes☐ No☐  Result ___    Amblyopia  Yes☐ No☐  Referred to Ophthalmologist/Optometrist  Yes☐ No☐ | | | Genito-Urinary | | LMP |
| | | | Neurological | | |
| Nose | | | Musculoskeletal | | |
| Throat | | | Spinal examination | | |
| Mouth/Dental | | | Nutritional status | | |
| Cardiovascular/HTN | | | Mental Health | | ADHD per mother diagnosed at Beeld S Clinic |
| Respiratory | | | | | |

**NEEDS/MODIFICATIONS** required in the school setting   Frequent headache per Mother

**SPECIAL INSTRUCTIONS/DEVICES** (e.g. safety glasses, glass eye, chest protector for arrhythmia, pacemaker, prosthetic device, dental bridge, filing teeth, athletic support/cup
Follow with Pediatrician with referral to Neurologist at University

**MENTAL HEALTH/OTHER**   Is there anything else the school should know about this student?
If you would like to discuss this student's health with school or school health personnel, check title:   ☐ Nurse   ☐ Teacher   ☐ Counselor   ☐ Principal

**EMERGENCY ACTION** needed while at school due to child's health condition (e.g., seizures, asthma, insect sting, food, peanut allergy, bleeding problem, diabetes, heart problem)?
Yes ☐ No ☐   if yes, please describe.

The basis of the examination on this day, I approve this child's participation in   (If No or Modified, please attach explanations.)
PHYSICAL EDUCATION   Yes ☑ No ☐ Modified ☐   INTERSCHOLASTIC SPORTS (for one year)   Yes ☑ No ☐ Limited ☐

Physician/Advanced Practice Nurse/Physician Assistant performing examination
DR. C. SONG
MALL CLINIC
6202 S. HALSTED
CHICAGO, IL 60621   Signature  C. Song   Date 7/30/07
Phone (773) 651-2188

(Complete both sides)

PICTURES OF THE INJURY 2-22-06
SHAMIR N. WILLIAMS





12-06-07











