MHN

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

*alias*

**SUMMONS IN A CIVIL CASE**

DOROTHY J. AUSTIN on behalf of her minor child SHAMIR WILLIAMS

V.

GLORIA GOODWIN, CHICAGO BOARD OF EDUCATION

CASE NUMBER: No. 07-CV-06919

ASSIGNED JUDGE: Hon. Rebecca R. Pallmeyer

DESIGNATED MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Gloria Goodwin
8560 South Yates Blvd, #3N
Chicago, IL  60617

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Tarek Ismail
Martha Pacold
Bartlit Beck Herman Palenchar & Scott LLP
54 West Hubbard, Suite 300
Chicago, Illinois 60610

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

APR 1 5 2008
DATE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CASE NO. 07-CV-06919
AFFIDAVIT OF SPECIAL PROCESS SERVER

**William Donahue**, being first duly sworn on oath deposes and says that he served process in the above mentioned cause.
That he served the within:

        ( X ) Summons & Complaint
        (   ) Citation to Discover Assets
        (   ) Rule to Show Cause
        (   ) Subpoena
        (   ) Other:

**FILED**
APR 2 5 2008   NF
4-25-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

1.    (   ) By leaving a copy with the named party, ------- personally on --------.

2.    ( X ) On the within named party, **Gloria Goodwin**, by leaving a copy with **Samuel Goodwin, Husband**, who states that they are a member of the household on **April 19, 2008**, and informed that person of the contents thereof, and that further he mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on **04/22/2008**.

3.    (   ) On the within party, ------- by leaving a copy with -------, on -------, and informed that person of the contents thereof.

4.    ( X ) That the sex, race and approximate age of the person with whom he left the documents were as follows:

SEX: **Male**        RACE: **African American**    APPROXIMATE AGE: **60**

5.    ( X ) That the place where and the time of day when the documents were served were as follows:

PLACE: **8560 S. Yates Blvd., #3N, Chicago, IL 60617**
TIME OF DAY: **11:20 AM**

6.    (   ) That he was unable to serve the within named party ------- located at ------- for the reason: -------

Signed and Sworn to before me
This **22nd** day of **April 2008**.

OFFICIAL SEAL
FELICIA CONROY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/19/11

William Donahue
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective No. 117-000885

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: _____

_____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

_____

_____

G  Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    Date                                  *Signature of Server*

                                         _____
                                                  *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.