# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Dorothy J. Austin, et al.<br>                              Plaintiff<br>v.<br>Gloria Goodwin, Chicago Board of Education,<br>                              Defendants. | Case Number: 07 C 06919<br><br>Honorable Judge Pallmeyer |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CHICAGO BOARD OF EDUCATION

| | |
|---|---|
| NAME (Type or print)<br>SUNIL KUMAR | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/ Sunil Kumar | |
| FIRM<br>Board of Education of the City of Chicago | |
| STREET ADDRESS<br>125 South Clark Street, Suite 700 | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6229651 | TELEPHONE NUMBER<br>773-553-1700 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |