U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | | Case Number: 07 C 06919 |
|---|---|---|
| Dorothy J. Austin, et al. | Plaintiff | Honorable Judge Pallmeyer |
| v. | | |
| Gloria Goodwin, Chicago Board of Education, | | |
| | Defendants. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CHICAGO BOARD OF EDUCATION

| NAME (Type or print) |
|---|
| Susan M. O'Keefe |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Susan M. O'Keefe |

| FIRM |
|---|
| Board of Education of the City of Chicago |

| STREET ADDRESS |
|---|
| 125 South Clark Street, Suite 700 |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6216638 | 773-553-1700 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | X |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | X | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | X |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL [ ]    APPOINTED COUNSEL [ ]