# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6919 | **DATE** | 5/8/2008 |
| **CASE TITLE** | Dorothy J. Austin vs. Gloria Goodwin, et al | | |

**DOCKET ENTRY TEXT**

Status hearing held on 5/8/2008. All Defendants to Answer or otherwise plead by or on 6/9/2008. The parties are directed to appear through lead counsel for a pretrial conference pursuant to Fed. R. Civ. P. 16. on 6/24/2008 at 9:00. Counsel are requested promptly to meet face-to-face for a discussion of possible settlement and for preparation of a planning report. The form is accessible from the court's Internet site, www.ilnd.uscourts.gov. Such report shall be submitted to Judge Pallmeyer in chambers no later than two business days prior to the conference.

Notices mailed by Judicial staff.

00:01

| | Courtroom Deputy Initials: | ETV |
|---|---|---|