## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| DOROTHY J. AUSTIN on behalf of her minor child SHAMIR WILLIAMS, ) ) ) | |
| Plaintiffs, ) ) | No. 07-CV-06919 |
| vs. ) ) | Honorable Rebecca R. Pallmeyer |
| GLORIA GOODWIN, CHICAGO BOARD OF EDUCATION ) ) ) ) | |
| Defendants ) | |

### NOTICE OF MOTION

TO:  Patrick J. Rocks, Jr.
      Susan Margaret O'Keefe
      Sunil Kumar
      Board of Education of the City of Chicago
      Law Department
      125 South Clark Street, Suite 700
      Chicago, IL 60603

      Dorothy J. Austin
      Shamir Williams
      8107 S. Escanaba Ave.
      Chicago, IL 60617

PLEASE TAKE NOTICE that on the __24th__ day of June 2008 at 8:45 a.m. or as soon thereafter as counsel may be heard, one of Plaintiffs' attorneys shall appear before Judge Rebecca R. Pallmeyer or any Judge sitting in her place in the U.S. District Court, Northern District of Illinois, Eastern Division, Chicago, Illinois to present plaintiffs' counsels' Motion for Relief from Appointment and Leave to Withdraw as Plaintiffs' Counsel.

2

June 19, 2008                                   Respectfully submitted,


                                                              /s Tarek Ismail
By:   Tarek Ismail
       Martha Pacold
       BARTLIT BECK HERMAN
           PALENCHAR & SCOTT LLP
       54 West Hubbard, Suite 300
       Chicago, Illinois 60610
       Telephone:   (312) 494-4400
       Facsimile:    (312) 494-4440

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

**NOTICE OF MOTION**

**MOTION FOR RELIEF FROM APPOINTMENT AND LEAVE TO WITHDRAW AS PLAINTIFFS' COUNSEL**

**MEMORANDUM IN SUPPORT OF MOTION FOR RELIEF FROM APPOINTMENT AND LEAVE TO WITHDRAW AS PLAINTIFFS' COUNSEL**

**STATEMENT REGARDING REPORT OF PARTIES' PLANNING MEETING**

were served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by overnight mail on June 19, 2008, to any non-ECF filers.

> Dorothy J. Austin
> Shamir Williams
> 8107 S. Escanaba Ave.
> Chicago, IL 60617
> Plaintiffs
>
> Patrick J. Rocks, Jr.
> Susan Margaret O'Keefe
> Sunil Kumar
> Board of Education of the City of Chicago
> Law Department
> 125 South Clark Street, Suite 700
> Chicago, IL 60603

                                                                 /s Tarek Ismail
                                                                 Tarek Ismail