UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DOROTHY J. AUSTIN on behalf of her minor child SHAMIR WILLIAMS,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>GLORIA GOODWIN, CHICAGO BOARD OF EDUCATION<br><br>　　　　Defendants. | No. 07-CV-06919<br><br>Honorable Rebecca R. Pallmeyer |

### MOTION FOR RELIEF FROM APPOINTMENT
### AND LEAVE TO WITHDRAW AS PLAINTIFFS' COUNSEL

Pursuant to Local Rules 83.17, 83.38, and 83.51.16, I, Tarek Ismail, appointed *pro bono* counsel for plaintiffs, seek relief from appointment and leave to withdraw, on my own behalf and on behalf of Martha Pacold and Bartlit Beck Herman Palenchar & Scott, LLP, as counsel for plaintiffs. For grounds in support of the motion, I state:

　　1)　　I am a partner at Bartlit Beck Herman Palenchar & Scott LLP in Chicago.

　　2)　　By minute order dated January 15, 2008, I was appointed *pro bono* counsel for plaintiffs Dorothy Austin and Shamir Williams.

　　3)　　On January 22, 2008, I, along with Martha Pacold, filed an appearance to represent plaintiffs in this action.

　　4)　　As stated in the attached Memorandum in Support of Motion for Relief from Appointment and Leave to Withdraw as Plaintiffs' Counsel, Ms. Austin has caused a breakdown in the attorney-client relationship that is materially affecting our ability to represent plaintiffs and

2

that constitutes grounds for relief from appointment under Local Rule 83.38 and withdrawal under Local Rule 83.51.16.

WHEREFORE, I request that Tarek Ismail, Martha Pacold, and the law firm Bartlit Beck Herman Palenchar & Scott LLP, be granted relief from appointment and leave to withdraw as counsel for plaintiffs Dorothy Austin and Shamir Williams.

June 19, 2008                                                                 Respectfully submitted,


                                                         /s Tarek Ismail
Tarek Ismail
Martha Pacold
BARTLIT BECK HERMAN PALENCHAR
   & SCOTT LLP
54 West Hubbard, Suite 300
Chicago, Illinois 60610
Telephone:    (312) 494-4400
Facsimile:    (312) 494-4440

## C<small>ERTIFICATE OF</small> S<small>ERVICE</small>

The undersigned hereby certifies that in accordance with F<small>ED</small>. R. C<small>IV</small>. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

**NOTICE OF MOTION**

**MOTION FOR RELIEF FROM APPOINTMENT AND LEAVE TO WITHDRAW AS PLAINTIFFS' COUNSEL**

**MEMORANDUM IN SUPPORT OF MOTION FOR RELIEF FROM APPOINTMENT AND LEAVE TO WITHDRAW AS PLAINTIFFS' COUNSEL**

**STATEMENT REGARDING REPORT OF PARTIES' PLANNING MEETING**

were served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by overnight mail on June 19, 2008, to any non-ECF filers.

> Dorothy J. Austin
> Shamir Williams
> 8107 S. Escanaba Ave.
> Chicago, IL 60617
> Plaintiffs
>
> Patrick J. Rocks, Jr.
> Susan Margaret O'Keefe
> Sunil Kumar
> Board of Education of the City of Chicago
> Law Department
> 125 South Clark Street, Suite 700
> Chicago, IL 60603

    /s Tarek Ismail
    Tarek Ismail