## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| DOROTHY J. AUSTIN on behalf of her minor child SHAMIR WILLIAMS, ) ) ) | |
| Plaintiffs, ) ) | No. 07-CV-06919 |
| vs. ) ) | Honorable Rebecca R. Pallmeyer |
| GLORIA GOODWIN, CHICAGO BOARD OF EDUCATION ) ) ) ) | |
| Defendants. ) | |

### STATEMENT REGARDING REPORT OF PARTIES' PLANNING MEETING

Counsel for plaintiffs submit this statement to inform the Court of the status of the Report of Parties' Planning Meeting.

In compliance with the procedures set by the Court and pursuant to Fed. R. Civ. P. 26(f), counsel held a meeting on May 28, 2008, at the Board of Education of the City of Chicago, Law Department, 125 South Clark Street, Suite 700, Chicago, Illinois 60603. The meeting was attended by Martha Pacold for plaintiffs and Sunil Kumar for defendants. Counsel jointly prepared a draft Report. At plaintiffs' counsel's request, however, this draft Report is not being filed. Plaintiffs' counsel submit this statement in lieu of the Report.

Plaintiffs' counsel are filing simultaneously herewith a Motion for Relief from Appointment and Leave to Withdraw as Plaintiffs' Counsel. As is more fully set forth in the Motion and Memorandum filed in support, there has been a breakdown in the attorney-client relationship to the extent that it prevents effective representation. This breakdown includes repeated statements by Ms. Austin that she intends to retain substitute counsel. Given the

2

pendency of the present Motion and Ms. Austin's intent to seek her own counsel, it seems appropriate that any new substituted counsel advise and represent plaintiffs with regard to this Report.

June 19, 2008                                             Respectfully submitted,

                                                  /s Tarek Ismail
Tarek Ismail
Martha Pacold
BARTLIT BECK HERMAN PALENCHAR
   & SCOTT LLP
54 West Hubbard, Suite 300
Chicago, Illinois 60610
Telephone:    (312) 494-4400
Facsimile:      (312) 494-4440

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

**NOTICE OF MOTION**

**MOTION FOR RELIEF FROM APPOINTMENT AND LEAVE TO WITHDRAW AS PLAINTIFFS' COUNSEL**

**MEMORANDUM IN SUPPORT OF MOTION FOR RELIEF FROM APPOINTMENT AND LEAVE TO WITHDRAW AS PLAINTIFFS' COUNSEL**

**STATEMENT REGARDING REPORT OF PARTIES' PLANNING MEETING**

were served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by overnight mail on June 19, 2008, to any non-ECF filers.

> Dorothy J. Austin
> Shamir Williams
> 8107 S. Escanaba Ave.
> Chicago, IL 60617
> Plaintiffs
>
> Patrick J. Rocks, Jr.
> Susan Margaret O'Keefe
> Sunil Kumar
> Board of Education of the City of Chicago
> Law Department
> 125 South Clark Street, Suite 700
> Chicago, IL 60603

    /s Tarek Ismail
    Tarek Ismail