UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DOROTHY J. AUSTIN on behalf of her minor child SHAMIR WILLIAMS, ) ) ) | |
| Plaintiffs, ) ) | No. 07-CV-06919 |
| vs. ) ) | Honorable Rebecca R. Pallmeyer |
| GLORIA GOODWIN, CHICAGO BOARD OF EDUCATION ) ) ) | |
| Defendants ) | |

## AMENDED NOTICE OF MOTION

TO:  Patrick J. Rocks, Jr.
Susan Margaret O'Keefe
Sunil Kumar
Board of Education of the City of Chicago
Law Department
125 South Clark Street, Suite 700
Chicago, IL 60603

Dorothy J. Austin
Shamir Williams
8107 S. Escanaba Ave.
Chicago, IL 60617

PLEASE TAKE NOTICE that on the  24th  day of June 2008 at 8:45 a.m. or as soon thereafter as counsel may be heard, one of Plaintiffs' attorneys shall appear before Judge Rebecca R. Pallmeyer or any Judge sitting in her place in the U.S. District Court, Northern District of Illinois, Eastern Division, Chicago, Illinois to present plaintiffs' counsels' Motion for Relief from Appointment and Leave to Withdraw as Plaintiffs' Counsel. This amended notice is being filed to ensure that the hearing is properly recorded on the docket.

2

June 20, 2008         Respectfully submitted,

           /s Tarek Ismail
        By: Tarek Ismail
          Martha Pacold
          BARTLIT BECK HERMAN
            PALENCHAR & SCOTT LLP
          54 West Hubbard, Suite 300
          Chicago, Illinois 60610
          Telephone: (312) 494-4400
          Facsimile: (312) 494-4440

## C<small>ERTIFICATE OF</small> S<small>ERVICE</small>

The undersigned hereby certifies that in accordance with F<small>ED</small>. R. C<small>IV</small>. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

**AMENDED NOTICE OF MOTION**

was served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by overnight mail on June 20, 2008, to any non-ECF filers.

>Dorothy J. Austin
>Shamir Williams
>8107 S. Escanaba Ave.
>Chicago, IL 60617
>Plaintiffs

>Patrick J. Rocks, Jr.
>Susan Margaret O'Keefe
>Sunil Kumar
>Board of Education of the City of Chicago
>Law Department
>125 South Clark Street, Suite 700
>Chicago, IL 60603

>/s Tarek Ismail
>Tarek Ismail