## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6919 | **DATE** | 6/24/2008 |
| **CASE TITLE** | Dorothy J. Austin vs. Gloria Goodwin, et al | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 6/24/2008. Motion for relief from appointment and leave to withdraw as Plaintiffs' counsel [36] granted. Tarek Ismail and Martha M. Pacold granted leave to withdraw. Status hearing set for 7/9/2008 at 9:00. Ms. Austin's failure to appear in person or through counsel will result in dismissal. Rule 16 conference stricken. Ms. Austin is reminded that she is not authorized to represent her son in this court.

Docketing to mail notices.

00:08

| | Courtroom Deputy Initials: | ETV |
|---|---|---|