## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer  *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6919 | **DATE** | 7/9/2008 |
| **CASE TITLE** | Dorothy J. Austin vs. Gloria Goodwin, et al | | |

**DOCKET ENTRY TEXT**

Status hearing held on 7/9/2008. Plaintiff arrives late for hearing. Status hearing set for 7/28/2008 at 9:00. Plaintiff is reminded that unless counsel appears on her behalf, she is expected to be in court promptly at 9:00 a.m.

Notices mailed by Judicial staff.

00:03

| | Courtroom Deputy Initials: | ETV |
|---|---|---|