## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6919 | **DATE** | 7/28/2008 |
| **CASE TITLE** | Dorothy J. Austin vs. Gloria Goodwin | | |

**DOCKET ENTRY TEXT**

Status hearing set for 9:00 on 7/28/2008. Plaintiff was warned orally and in writing that she must appear for status conferences; nevertheless, as of 9:45 a.m., Plaintiff had not appeared and had not contacted the court. The case is therefore dismissed without prejudice. Plaintiff will have 30 days leave in which to seek reinstatement, but any motion for reinstatement must be accompanied by an explanation for Plaintiff's failure to appear and failure to contact the court or opposing counsel to warn of her absence. Civil case terminated.

Notices mailed by Judicial staff.

00:01

| | Courtroom Deputy Initials: | ETV |
|---|---|---|