CH

FILED

AUG 2 8 2008  TC
AUG 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) Dorothy J. Austin
For minion Shanir Williams

Case No. 07 6919

V.

Defendant(s) Gloria Goodwin et. Al

## Motion

To Judge Rebecca R. Pallmeyer

My Name is Dorothy J. Austin I'm Writing Concerning Shanie Williams vs. Goodwin Case Number 076919 This case was up for Court Hearing 7-28-08 I Dorothy J. Austin Didn't Appear Before the Honorable Judge Rebecca R. Pallmeyer Because I didn't Have Attorney And I was told on That Day 7-28-08 to file A Motion →