FILED
AUG 2 8 2008 TC
AUG 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) Dorothy J. Austin
For Minor Shanir N. Williams

Case No. 07 6919

V.

Defendant(s) Gloria Goodwin Et AL

Motion

For Counsel Honorable
Judge Rebecca R. Pallmeyer
I'm Asking you Please
Reinstate This case Because
Shanir has been Abuse, Neglected,
Disable, And suffering From a Serious
Head Injury Shanir will always
Be sick I'm Asking in the Name
of Jesus Please Reinstate the Case
For Justice. Thank you. Dorothy
Austin
8-28-08