IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Dorothy J. Austin
Minor Dravin Williams
PLAINTIFF

VS.

Gloria Goodwin ET AL
DEFENDANT

CASE NO. 07C 6919
07c 6919

**FILED**

AUG 28 2008
AUG 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF MOTION

TO: Gloria Goodwin ET AL

On Sept 04-08, at 8:45 a.m. / p.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Rebecca Pallmeyer in Courtroom 2119 at the United States District Court Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and present Motion

Name Dorothy J. Austin
Address 7838 S. Burnham
City / Zip Chicago Ill. 60649
Telephone 773-721-5556

## PROOF OF SERVICE

I, the undersigned (plaintiff / defendant), certify that on the 28 day of Aug. 08, I served a copy of this notice to each person whom it is directed by way of FAX

_____
SIGNATURE-CERTIFICATION      8-28-08 DATE