# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6919 | **DATE** | 9/4/2008 |
| **CASE TITLE** | Dorothy J. Austin vs. Gloria Goodwin | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to reopen case [41] stricken due to Plaintiff's failure to appear at the time scheduled. Plainitff is invited to re-notice her motion.

Notices mailed by Judicial staff.

00:01

| | Courtroom Deputy Initials: | ETV |
|---|---|---|