MHN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
9-4-2008
SEP - 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Plaintiff(s) Dorothy J. Austin
Shunin N. Williams Minor

Case No. 076919    07CV6919

V.

Defendant(s) Gloria Goodwin ET. AL

**Motion**

To Judge Rebecca R. Pallmeyer my Name is Dorothy J. Austin I writing concerning my child Shunin N. Williams Vr. Goodwin case 076919 7-28-08 I didn't Appear in Court Because I didn't have an Attorney Sept. 4-08 I was to Appear Before the Honorable Judge Rebecca R. Pallmeyer 8:45 I was running 15 minutes Late I'm sorry Judge Rebecca Pallmeyer it was Argent concerns my child Shunin N. Williams it will not Happen Again

Dorothy J. Austin   9-4-08