IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MHN

Shamin N. William *Dorothy V. Austin* ET AL

CASE NO. 07 C 6919

VS.

*Gloria Goodwin* ET AL
_____
DEFENDANT

FILED
9-4-2008
SEP - 4 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**NOTICE OF MOTION**

TO: *Gloria Goodwin* ET. AL

07cv6919

On *Thurs 11-08*, at *9:45* a.m. / p.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable *Rebecca R. Pallmeyer* in Courtroom *2119* at the United States District Court Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and present *Motion*

Name *Dorothy V. Austin*
Address *7828 S. Burnham 1st*
City / Zip *Chicago ell 60649*
Telephone *773-437-3140*

**PROOF OF SERVICE**

I, the undersigned (plaintiff / defendant), certify that on the *4* day of *Sept*, *08*, I served a copy of this notice to each person whom it is directed by way of _____

_____
SIGNATURE CERTIFICATION

9-4-08
DATE