# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6919 | **DATE** | 9/11/2008 |
| **CASE TITLE** | Dorothy J. Austin vs. Gloria Goodwin | | |

**DOCKET ENTRY TEXT**

Motion to reinstate stricken for lack of notice to defense counsel. Motion for appointment of counsel [43,45] denied without prejudice to renewal. Plaintiff is directed to provide information in response to paragraph 2 of the form motion.

Notices mailed by Judicial staff.

00:02

| | Courtroom Deputy Initials: | ETV |
|---|---|---|